UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | 3: 01CR17 (CFD) |
| EDMUND FUNARO, JR. : | |

### ORDER ON SENTENCING

It is hereby ORDERED that the sentencing of the defendant, now scheduled for March 3, 2005, is postponed. The parties will be notified of the new sentencing date.

SO ORDERED this 23rd day of February 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1