UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:01cr17 (CFD) |
| | : | |
| EDMUND FUNARO, JR. | : | FEBRUARY 18, 2005 |

### SPEEDY TRIAL WAIVER

The defendant, Edmund Funaro, Jr., hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A). In support of this waiver, the defendant represents as follows:

(1) He is represented by counsel and has consulted with his attorney regarding this waiver;

(2) He understands that by signing this document he will be giving up those rights accorded him under the Speedy Trial Act; and

(3) He requests that the Court find that the requested continuance is in the interests of justice and is in the best interests of the defendant. He further requests that the Court find that the proposed continuance outweighs the interests of the defendant and the public in a speedy trial. He respectfully asks the Court to

exclude the time from March 3, 2005 through June 1, 2005 from the Speedy Trial computation.

_____  
Edmund Funaro, Jr.

2/18/2005  
2/18/2005  
Date

_____  
Alan J. Sobol

2/28/2005  
Date

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the attached filing was served on each of the following counsel of record by deposing same in the U.S. mail this 28th day of February 2005, to the following:

Jonathan Biran, AUSA  
Peter Clark, AUSA  
Office of the U.S. Attorney  
P.O. Box 1824  
New Haven, CT 06501

_____  
Alan J. Sobol