UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:01 CR17 (CFD) |
| | : | |
| v. | : | |
| | : | |
| EDMUND FUNARO, JR. | : | |
| Defendant | : | APRIL 6, 2005 |

## MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

The defendant, Edmund Funaro, Jr., respectfully moves this Court for permission to travel to Fort Lauderdale, Florida for a cruise trip from Fort Lauderdale to the Eastern Caribbean (Case de Campo, San Juan, St. Thomas and Nassau) and return. The cruise departure and return dates are April 16, 2005 to April 25, 2005. No passport is required for the trip.

1. Mr. Funaro's son's, Michael, medical condition was reported to the Court in a letter dated February 18, 2005. Michael will complete his initial radiation therapy treatment on April 6, 2005. He will then be referred for further testing and evaluation at an appropriate time. Considering the ordeal Michael and his family have dealt with over the last several months, the family would like to provide positive reinforcement with a trip. Michael's physicians agree that a trip, such as the Caribbean cruise, would be allowable

and would provide such support. Mr. Funaro and close family members would accompany Michael on the cruise.

2. Mr. Funaro presently awaits sentencing and is released on a $50,000 Non-surety Appearance Bond. One of the terms and conditions of Mr. Funaro's release is that the Defendant shall have his travel restricted to Connecticut, except with prior approval of trips by the United States Probation Office.

3. To date, the Defendant has been substantially compliant with all of his release conditions.

4. No previous requests for permission to travel out of state have been made by the Defendant.

5. The undersigned represents that he has consulted with Assistant U.S. Attorney Jonathan Biran and the Government does not object to this motion. Further, the undersigned represents that he has consulted with U.S.P.O. Pretrial Services Supervisor Wilfredo Duran and U.S.P.O. does not object to this motion.

ACCORDINGLY, the Defendant respectfully requests that the Court grant him permission to travel to Fort Lauderdale, Florida for a cruise from Fort Lauderdale to the Eastern Caribbean and return; the cruise dates being April 16, 2005 to April 25, 2005.

Respectfully Submitted,
DEFENDANT, EDMUND FUNARO, JR.

By: _____
Alan J. Sobol
Fed Bar No. ct00955
**O'CONNELL, FLAHERTY & ATTMORE, LLC**
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Telephone: (860) 548-1300

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Motion was sent via first class mail, postage pre-paid, to the following parties and counsel of record this 6th day of April 2005

For the Government:

Jonathan Biran, AUSA
Office of the U.S. Attorney
P.O. Box 1824
157 Church Street, 23rd Floor
New Haven, CT 06501

Wilfredo Duran, USPO
U.S. Probation Department
157 Church Street
22nd Floor
New Haven, CT 06510

Alan J. Sobol

W:\ASobol\CRIMINAL CASES\Funaro H16756-1\Motion for Permission to Travel Out of State 4-6-05.doc