FILED

05 APR -6 A 11: 35

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 3:01 CR17 (CFD) |
| v. : | |
| EDMUND FUNARO, JR. : | |
| Defendant : | APRIL 6, 2005 |

## MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

The defendant, Edmund Funaro, Jr., respectfully moves this Court for permission to travel to Fort Lauderdale, Florida for a cruise trip from Fort Lauderdale to the Eastern Caribbean (Case de Campo, San Juan, St. Thomas and Nassau) and return. The cruise departure and return dates are April 16, 2005 to April 25, 2005. No passport is required for the trip.

1.  Mr. Funaro's son's, Michael, medical condition was reported to the Court in a letter dated February 18, 2005. Michael will complete his initial radiation therapy treatment on April 6, 2005. He will then be referred for further testing and evaluation at an appropriate time. Considering the ordeal Michael and his family have dealt with over the last several months, the family would like to provide positive reinforcement with a trip. Michael's physicians agree that a trip, such as the Caribbean cruise, would be allowable