UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:01 CR17 (CFD) |
| | : | |
| v. | : | |
| | : | |
| EDMUND FUNARO, JR. | : | |
|   Defendant | : | JUNE 20, 2005 |

### MOTION FOR CONTINUANCE OF SENTENCING DATE

The defendant, Edmund Funaro, Jr., by the undersigned counsel, herein requests that the sentencing date for the defendant, Edmund Funaro, Jr., be postponed for three weeks, to the last week of July (July 25th through July 29th), or to a further date convenient to the Court. In support of this motion, the undersigned represents as follows:

1. Due to an ongoing medical condition of the undersigned counsel, which was initially disclosed to the Court and the United States Attorney's Office in a conference call on May 5, 2005 and again in a Chamber's Letter dated June 20, 2005 the undersigned counsel will likely be unable to adequately prepare for and attend the July 7, 2005 sentencing hearing.

2. The Government, through Assistant U.S. Attorney Jonathan Biran, has been consulted and does not object to the granting of the instant motion for continuance.

3. Two previous requests for continuance of the sentencing hearing have been made by the defendant.

4. The defendant consents to this motion and is filing simultaneously herewith a Speedy Trial Waiver.

WHEREFORE, the defendant requests that his sentencing be postponed for three weeks to the week of July 25th through July 29th, or to a further date convenient to the Court, and that counsel for the defendant and the Government be granted a corresponding continuance in the deadline for filing Sentencing Memoranda pursuant to D. Conn. L. Crim. R. 10 (d).

Respectfully Submitted,
DEFENDANT, EDMUND FUNARO, JR.

By: /s/ Sobol (pms)
Alan J. Sobol
Fed Bar No. ct00955
O'CONNELL, FLAHERTY & ATTMORE, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Telephone: (860) 548-1300
Facsimile: (860) 548-0023

## ORDER

The Defendant's Motion for Continuance of Sentencing Date is hereby

**GRANTED/DENIED**

_____
Christopher F. Droney
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion was sent via first class mail, postage pre-paid, to the following parties and counsel of record this 20th day of June, 2005

Jonathan Biran, AUSA
Office of the U.S. Attorney
P.O. Box 1824
157 Church Street, 23rd Floor
New Haven, CT 06501

Jacqueline Carroll, USPO
U.S. Probation Department
157 Church Street
22nd Floor
New Haven, CT 06510

_____
Alan J. Sobol