GRANTED. The new sentencing date is August 4, 2005, at 10:00 a.m. So ordered.

Christopher F. Droney
United States District Judge
06/23/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:01 CR 17 (CFD) |
| v. | : | |
| EDMUND FUNARO, JR.<br>Defendant | : | JUNE 20, 2005 |

## MOTION FOR CONTINUANCE OF SENTENCING DATE

The defendant, Edmund Funaro, Jr., by the undersigned counsel, herein requests that the sentencing date for the defendant, Edmund Funaro, Jr., be postponed for three weeks, to the last week of July (July 25th through July 29th), or to a further date convenient to the Court. In support of this motion, the undersigned represents as follows:

1. Due to an ongoing medical condition of the undersigned counsel, which was initially disclosed to the Court and the United States Attorney's Office in a conference call on May 5, 2005 and again in a Chamber's Letter dated June 20, 2005 the undersigned counsel will likely be unable to adequately prepare for and attend the July 7, 2005 sentencing hearing.

2. The Government, through Assistant U.S. Attorney Jonathan Biran, has been consulted and does not object to the granting of the instant motion for continuance.