

The Bucari Family
304 Towpath Lane
Cheshire, CT  06410

February 12, 2001

To Whom it May Concern:

The Funaro family has been our very close friends and  neighbors  since we moved into the town of Cheshire in June, 1976.  We have known them for twenty five years and, over those years, have watched their children grow and mature from youngsters into fine adults.  Throughout the years, our families have had the opportunity to participate in and share many wonderful occasions together, from summer picnicking, swimming pool and yard activities, to graduations and weddings.

Ed, Jr., although older than our children, was always part of the family events, and was always a very engaging and respectful child and young man.  Since he has married and moved away from the neighborhood, we now see him and his family when they visit .  He is always a very loving and caring father to his children and a thoughtful husband .  Ed Jr. is a hard working, conscientious individual, careful about details in his life decisions, who conducts his business with the highest degree of professionalism.

It is our sincere belief that he would never knowingly do anything to degrade or jeopardize his family or his professional position.

Sincerely,

*Charlotte Bucari*
*Ronald Bucari*

Mr. and Mrs. Ronald L. Bucari, Sr. & Family



**JOSEPH S. CHIOFFI, D.D.S.**
300 HEMINGWAY AVENUE
EAST HAVEN, CT 06512-3036
Telephone (203) 469-5644

December 15, 2003

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT. 06103

Re: Edmund Funaro Jr.

Dear Sir:

I have known Edmund his entire life. His father and I were roommates in college and our families have remained close all these years. Therefore, I feel I speak with some understanding of this individual and the family values bestowed on him by his parents.

Edmund was a very quiet and sincere child who grew into a loving husband, father, and professional care giver. He has a strong moral character with a respect for the values of right and wrong.

This is a young professional who has so very much to offer society and will continue to contribute in a caring way.

Thank you.

Very truly yours,

Joseph S. Chioffi D.D.S.

JSC/gn

*Endodontics*

HENRY P. COHEN, D.D.S.
JOSEPH T. SIRACUSE, D.M.D.
STANLEY JARMON, D.D.S.
BRUCE Y. CHA, D.M.D.

TELEPHONE  203-777-6461

ONE CENTURY TOWER
265 CHURCH STREET
NEW HAVEN, CONNECTICUT  06510-1793

December 15, 2003

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Judge Droney,

    I met Edmund Funaro, Jr. fifteen years ago.  I was
a friend of his father, Edmund Funaro, Sr., whom I know
well.

    I have known Edmund Funaro, Jr. socially and
professionally and I have found him to be a man of high
character and integrity.  He is a good husband and father.
I always admired that his medical condition did not stop
him from working and being the good person that he is.

            Yours truly,

*Joseph T. Siracuse*

Joseph T. Siracuse, D.M.D.

# MT. ZION MISSIONARY BAPTIST CHURCH
### P.O. BOX 740
### NEW HAVEN, CT   06503
#### Church Phone 203 776 2643
#### *REV. SHIRLEY DAVIS, PASTOR*

December 10, 2003

TO:    Your Honor

RE:    Mr. Edward Funaro Jr.
       Pharmacist at Visel's

As a customer at Visel's Pharmacy for over 20 years, it has been my experience that the above named individual has displayed the utmost integrity as a pharmacist.

On numerous occasions, he has questioned if the prescription that was presented needed a refill on the given date. Not only did he question the prescription; he proceeded to check his computer to verify the data.

It is the general consensus of this community that Mr. Funaro would never intentionally violate his standards as an ethical pharmacy, nor would he violate the law.

Hopefully, Your Honor will consider all aspects of this dilemma when making your decision.

Yours in Christ,

*Bishop Davis, M.S.*

Bishop Shirley Davis, M.S.

January 6, 2004
439 Summit St.
Hartford, CT. 06106

Honorable Christopher F. Droney
U.S. District Judge
U.S. District Court
Federal Building and U.s. Courthouse
450 Main St.
Hartford, CT. 06103

Your Honor:

With reference to the case of Mr. Edmund J. Funaro, Jr., I humbly ask you to review his way of living and acting during his twenty years of service at Visels Pharmacy, 214 Dixwell Ave., New Haven, CT. Surely this will indicate in vivid ways the character traits of Mr. Funaro: a devoted and energetic son; a loving spouse with moral principles and mutual understanding; a compassionate and encouraging father; a community man with concerns for the neighborhood and its poor. All these qualities point to a person who is an asset and a credit to society which is sorely needed in our present day.

Your Honor, I cannot believe that Mr. Edmund Funaro would willingly, knowingly and consciously act in any way to hinder life and lead others astray. I ask you to review his record before and as you hear his case.

As his aunt, I can underline Edmund's great love for Life. His enduring faith, his family, his community, his country are some of his priorities. We definitely need persons of Edmund's caliber to keep our country functioning with dedicated citizens.

Respectfully,
Marie P. Laliberte
(Sister Marie Gertrude, D.H.S.)
439 Summit St.
Hartford, Ct. 06106

*Marie P. Laliberte*
*Sister Marie Gertrude, D.H.S.*

1-2-04

Honorable Christopher F. Droney
U.S. District Judge
U.S. District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, Ct. 06103

I, Sister Fernande Laliberté am a daughter of the Holy Spirit and aunt of Mrs. Lisa Funaro.

I have known Edmund Funaro for over twenty years as husband of my niece Lisa. Edmund has always been a respectable loving person. His wife, his 3 children have always been his first priority.

I know Edmund as a person of sound principles and a very conscientious person and not capable of misleading others.

Respectfully,
Sr. Fernande Laliberté
Daughter of the Holy Spirit

MITON SMIRNOFF

100 Judwin Avenue
New Haven, CT 06515
January 4, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Judge Droney,

I am writing to you on behalf of my colleague, Edward Funaro, Jr. who I have known for approximately twenty-five years .

As a past president of the Connecticut Pharmacists Association I had many meetings with Mr. Funaro at Continuing Education programs and professional meetings

I was the owner of a pharmacy on Dixwell Avenue in New Haven for more than forty-five years which brought me in contact with Edward Funaro, Sr. who also had a pharmacy located several blocks from my establishment.

When Edward Jr. acquired the business from his father I developed a relationship similar to the one I enjoyed with his father. We often had contact with each other about professional matters, borrowing and exchanging pharmaceutical items. This relationship continued for at least twenty years and during this time, I always found Ed to be highly professional, honest and of the highest integrity.

Based on my knowledge of his professional history and demonstrated character, I would urge you as the presiding Judge, to show the utmost compassion and leniency in the matter before you.

Respectfully submitted;

Milton Smirnoff

Milton Smirnoff,  Licensed Ct. Pharmacist

Anthony J. Malafronte R.Ph.
Pharmaceutical Consultant
P.O. Box 3697
Woodbridge Ct 06525

February 5, 2004

Honorable Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT  06103

Your Honor:

I understand that in the near future you will decide on the sentence to be imposed on Ed Funaro as the result of his having been found guilty of illegally dispensing controlled substances on November 20, 2003.

I am taking the liberty of writing to you today in the hope that what I have to say will help to give you a picture of the Ed Funaro I have known closely for the last seven years. It stands in direct contrast to the image created by jury's verdict of guilty.  I want to add that I am writing this letter strictly on my own initiative because of my deep concern over the terrible circumstances that now threaten Ed and his family. I assure you that no one needs to ask me to do anything I can do to help.

Let me start by explaining that I am a Registered Pharmacist. I have spent the last 45 years in all areas of the practice, from community pharmacy, wholesale distribution, pharmaceutical manufacturing and managed care. My acquaintance with Ed and his family is the result of my having worked at Visel's Pharmacy during the last seven years as a relief or consulting pharmacist.  On the basis of this close personal experience and opportunity for direct observation, I am able to report that Ed, in keeping with the traditions of the Funaro family, is one of the most honorable and devoted professionals I have ever been associated with.  It is impossible for me, and I can add for everyone who knows Ed, to believe for one second that he would willingly become involved in any criminal activity or that it could happen as the result of lack of attention to his work.

Perhaps the best way to understand what Ed Funaro stands for is to look at his role as major contributor to the welfare of the disadvantaged community that Visel's serves. Over the years, the Newhallville community in New Haven has become mainly a minority and low-income neighborhood. On the basis of my own years in the practice, it is very clear to me that Ed could do much better financially in a more comfortable location. But, Visel's has been in the neighborhood for ninety years (forty years by the Funaro Family). Because its pharmacy services are needed now more than ever, Ed has resisted suggestions to move away. Ed himself, like his father, is a respected member of the community because of his continuous reaching out to the less fortunate. At the end of his day in the pharmacy Ed will frequently visit homebound customers to deliver medication or to review their medication and help to clarify any confusion these elderly homebound people may have. I have also seen him provide credit and staple food items to customers who are short of money and in need. The respect that the people of the neighborhood have for Ed is seen in the fact that even after moving way, they continue to remain loyal Visel customers. It is for this reason that the customer list includes many who have succeeded in leaving the inner City and now live in suburban and rural communities. Without Ed, there is reason to believe that Visel's will not be able stay in business. There is no question that the loss of Visel's to this community would create a tremendous void.

Your Honor, in deciding on the sentence, I respectfully urge you to consider what I have tried to describe to you as the reason so many people, including other pharmacists, regard Ed as a man of honor and a first class health care professional. Far from being a person who is a threat to the public that needs to be removed, he is an asset to the well being of those he serves. Please keep him with us.

Sincerely;

Anthony J. Malafronte R.Ph

David A.Euerle, R.Ph.
31 Roslyn Drive
Cheshire, Connecticut 06410

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Sir,

I was disappointed to learn that Edmund Funaro, Jr. was found guilty of illegal
dispensing. I have known Ed most of his adult life and have found him to be a competent
pharmacist and a responsible husband and father.

Pain management has become a new and important medical diagnosis over the past few
years. If a pharmacist is assured that a patient is being treated for pain and is taking
medication according to a physician's order, he should be allowed to dispense the
medication prescribed, without conducting a detailed interrogation of the patient. Also,
since Ed had no knowledge of the investigation into Dr. William Massie's prescribing
habits, he would have no reason to refuse a patient's prescriptions on that basis.

I feel that Ed is being penalized for circumstances beyond his control or knowledge and I
trust that you will consider this in his sentencing.

Sincerely yours,

David A. Euerle, R. Ph.

To Whom It May Concern:                                    January 19, 2004

     I have known Ed Funaro Jr. personally and in business for at least ten years. In our town (Killingworth) as chairman of the Park and Recreation Commission and a member of Regional Park and Recreation, I have known Ed as a coach, dedicated to the children in the community.

     As a small business owner, I have known Ed as a fair and honest businessman who is respected in the New Haven area.

Thank you

Stephen Hollander

63 Schnoor Rd.
P.O.Box 753
Killingworth Ct. 06419

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford, CT  06103


Your Honor,

I wish to make a declaration of character on behalf of Ed Funaro, Jr.

I have known Ed for approximately10 years, principally through Cub Scouts and Boy
Scouts in Clinton, CT, and secondarily through St. Mary's Church in Clinton.  I find
Ed to be honest, trustworthy, and of high moral character.  It was a shock to me
to hear of his arrest several years ago, but not surprising to me for him to refuse
to make a "deal" and plead guilty to a lesser charge.  He is a person of principle,
and deeply feels he had not committed a crime as charged.  He would not take the
easy road and plead guilty to something that he has not committed.  In a world
filled with people who cheat, harm, and deceive its citizens, Ed is not among them.
He is dedicated to and associated with the positive aspects of society's citizens.
While he was living in Clinton, before moving to Killingworth, Ed was an active
member of St. Mary's Church and a Committee Member of Troop 55 Boy Scouts.
He is dedicated to the principals of scouting and fully committed to the Church.

Who am I to make such statements about Ed?  I am the Unit Leader for the
Connecticut State Police Auxiliary Unit at Troop F;  Principal Engineer of Electronic
Flight Controls at Sikorsky Aircraft;  Eucharistic Minister, Youth Group chaperone,
Co-chair of Annual Retreat, and Youth Music Ministry musician at St. Mary's
Church;  Financial Secratary Knights of Columbus; Committee Member, fundraising
co-chair, Ski Trip coordinator and Merit Badge Counselor of Troop 55 Boy Scouts.

I give my testament and full endorsement of Ed Funaro Jr's character and moral
values without hesitation or reservation.

Feel free to contact me if I can be of any further assistance in this regard.


William L. Bertelli            Principal Engineer
4 Willow Lane                 Electronic Flight Controls
Clinton, CT  06413          Sikorsky Aircraft Corporation
(860) 669-3598              6900 Main Street  M/S S336
                                     Stratford, CT  06615-9129
                                     (203) 386-5904
                                     wbertelli@sikorsky.com

Jan 12, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford, CT 06103

Dear Sir;

I am writing to offer my reflections on a friend of mine: Ed Funaro. I have known Ed for about ten years. We met as a result of being involved in our children's activities, namely the Boys Scouts of America and Park and Recreational sports programs.

I want to make an important point. Eddie and I met, not because we were parents whom had children involved in the same activities, we met because we are members of the leadership of those activities.

In every youth oriented community organization there are adult individuals who make a choice to participate. These volunteers become the coaches and the scoutmasters and the teachers and the role models of the community children. They bring with them their ideals and experiences, their hearts and their hands. And with these tools they try to influence their charges with what they feel is right and good. They endeavor to pass on their values; values they believe belong at the foundation of the community. Sometimes they succeed, sometimes they fail, but they are always there.

Ed Funaro is always there! Not at every practice or game or meeting or committee gathering, that would be impossible. What I mean is that he is available, for his children, for the community children and for the other adult volunteers. He is there for the fundraisers and the activities and the campouts and the carpooling and the scheduling and the organizing. He is there for the despondent parent who can't make sense of a senseless world. He is there for the kid who beams because he just scored his first goal. He is there for the scrapes and cuts and bruises and tears. He's the guy standing next to you at the campout, with the big smile on his face, while the rain just pours and pours and pours!

I don't know everything about Ed. I am not his professional peer nor am I a patient in his practice as Pharmacist. But I do know his character, and to me it is immensely fitting that he is involved as a leader in an organization whose tenants state: A Scout is trustworthy, loyal, helpful, friendly, courteous, kind obedient, cheerful, thrifty, brave, clean and reverent.

Ed Funaro believes in these things, and I believe in Ed!

Respectfully,

James C. Kimmett
11 Pratt Road
Clinton, CT.

42 Hartford Avenue
Old Saybrook, CT 06475

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford, CT 06103

February 6, 2004

To The Honorable Christopher F. Droney:

It has taken me months to accomplish the task of writing this letter. I view the writing of this letter as one of the most important tasks of my life. I know one single letter will not be enough to convince you that Edmund Funaro, Jr. is incapable of knowingly executing criminal behavior. However, I had hoped I would be able to write a letter poignant enough to make you feel as if you know Ed's character as I do. Ultimately, I could not have conceptualized a better brother-in-law.

I met Ed 10 years ago, when my husband (before he was my husband) first introduced me to his family. I'll never forget that day. There were so many people in the house. Ed was one of them. At the time, his oldest son and his only daughter were I elementary school and his youngest son was a baby. Ed's interaction with the family, who were his in-laws, left an impression on me. I was relieved in his presence to know that someone so friendly and compassionate welcomed me. I felt especially nervous and particularly vulnerable at that time and in that situation because I am of a different race. I did not know what to expect. Since day one, I have grown to love Ed as if he were my own brother.

Recently, as my husband prepared for deployment to Afghanistan, Ed promised to be available to help me in my new home. Whenever I needed help, he made it clear that I could count on him. I knew he would be there for me. Even though he had the responsibility of a full time job at the family business, three children, with all of their activities, and a wife, Ed remained selfless. It was Ed who took me to Sears to purchase my first lawn mower. Ed taught me how to use my weed-whacker. He listens to my thoughts and ideas. He is truly the big brother I never had. My sister-in-law, Ed's wife Lisa, is one of my favorite people and I couldn't be more pleased with the ways of the world than to know that God united Lisa with someone as wonderful as Ed.

Thank you for your time and attention.

Respectfully,

Erinn A. Santoro


c.c. Edmund Funaro, Jr.

January 26, 2004

The Honorable Christopher Droney
Judge of the United States District Court
450 Main Street
Hartford, Connecticut 06103

Dear Sir:

I am writing to you in reference to my brother Edmund J. Funaro, Jr. You presided over his trial and proceedings, and I offer this information as a reference to Ed's professional and personal character.

I am Ed's sister as well as a fellow pharmacist. I had the good fortune of working with Ed at Visels Pharmacy while I was attending pharmacy school. At Visels I witnessed Ed's interactions with customers presenting prescriptions for both non-controlled and controlled substances. Ed always took the time to discuss the individual's medication use with the customer, the physician, or both in his efforts to provide necessary and accurate medications within the scope of prescribing practices, customer care, and the law. I have also been witness to Ed's tactful yet empathetic refusal to fill prescriptions when he deemed it necessary. I can say with certainty that he did not make these decisions lightly or with any intent to be unfair, unjust, or unethical. I truly respected, and continue to respect, his integrity and decision making skills and feel that he epitomizes what every pharmacist should strive to be while performing his professional duties. I am extremely grateful that I was able to work with him and learn my profession from him, and I can only hope that I am an equally skilled practitioner.

Since graduating in 1989, I have worked with many pharmacists in both retail and specialty areas of pharmacy. As a result, I have been exposed to many methods of practice. However, one common element is that all pharmacists are expected to make difficult decisions with everyone's best interest in mind, and generally with only the information, albeit often limited, available at the time. That can be a tough position. To this day, I often think how Ed would handle a scenario when I am faced with a challenging situation. I have always admired his ability to handle adversity with fairness, sincerity, and tact. Having worked so closely with Ed, I know firsthand that he performs his professional duties better than most; with extreme fairness, honesty, due diligence and integrity, and it pains me to think that Ed's professional character is in question.

Ed's integrity is demonstrated in his personal life as well. It is obvious from Ed's involvement and interaction with his family that he truly believes his good example is key to raising honest, ethical children. He is involved in his children's activities (Cub Scouts, track and field, golf, baseball), and he is very supportive of their efforts. He often serves as coach, leader, or chaperone. He is an excellent role model. He is honest and forthright in his daily living, and he expects the same of his children.

I am hoping that providing you with my perspective on Ed's professional and personal character will give you insight to a side of Ed that may have not been presented previously. I hope that this additional information will be taken into account when proceeding further in Ed's case.

Judge Droney, thank you for your time and consideration.

Sincerely,

*Carolyn Odegaard*

Carolyn Odegaard
100 Cedargrove Place
Leesburg, Virginia 20175

David S. Funaro
26 Laurelbrook Road
Durham, CT 06422

December 30, 2003

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Judge Droney;

 I am writing this letter on behalf of my brother Edmund J. Funaro Jr. as a result of the outcome of his recent trial.  It is difficult putting in words the many outstanding positive qualities Ed possesses, not because of the lack personal standards he maintains, but because it is difficult to reflect ones true character in writing.

From the time we were growing up until this day Ed has always maintained the highest of moral and ethical standards.  Ed has always been a role model for others to follow, from being a leader and mentor when we were in the Boy Scouts together, to working along side each other in a restaurant as teenagers, it was always evident that Ed was reliable, trusted and respected. Ed's honesty and integrity is further evident in his three children.

Ed is a dedicated father and husband who gives much of his free time to the community in which he lives, weather it be through coaching the activities of his children or being actively involved with his sons in the Boy Scouts.  Ed also believes in giving back to the community he serves as a pharmacist, through the many programs Visel's Pharmacy sponsors in New Haven.

It is my hope upon sentencing your decision does not include incarceration, allowing Ed to continue to serve the communities that are so important to him.

Sincerely;

David S. Funaro

Denise Funaro
26 Laurelbrook Road
Durham, CT 06422

December 30, 2003

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Judge Droney;

Ed is a man of integrity and honesty. I met Ed 22 years ago at Visels, my first visit to the store as his brother's girlfriend (now married to the family for 19 years). I was quite impressed by the way he ran the pharmacy with his dad, both of whom loved the community they served. I always marveled at the way they dealt with the public regardless of who the customers were. During our visit I asked for a soda that he made perfectly clear that I was to pay for it. This is something I would never forget as the trial progressed. He is a man of honesty and has genuine concern for all people.

Ed is someone I look up too because of his love of his community and his family. Ed would find time to help anyone who needed his services. Through all of this his attitude has remained positive. He maintains his innocence and is projecting that to his family and community. I hope that he doesn't lose faith in himself as time goes on and that he can continue to serve the community, both in his children's lives and the work community. He gives his time unconditionally without hesitation. A business owner myself, I feel I am a good judge of character. I have always respected his duty to his family and his relentlessness without feeling over extended. I truly wonder how he does it!

In my opinion it would be a disservice to take Ed out of the New Haven community. New Haven is a city in need of dependable people willing to volunteer their time to help improve its residents and New Haven schools. I believe that Ed goes to sleep every night knowing he is innocent.

Sincerely;

Denise Funaro

51 Pardee Place
Madison, CT 06443

U.S. District Judge
U.S. District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Honorable Christopher F. Droney,

We are writing to attest to the fact that Edmund Funaro, Jr. is a considerate, kind, law-abiding citizen. From our viewpoint of witnessing him growing up Ed is hard-working and will make sacrifices in deference to others. Also, Ed would not jeopardize his livlihood nor his family's good name.

Thank you for your consideration.

Hadip and Raymond Funaro

Carol A. Funaro
7 Brubaker Rd.
Cheshire, CT. 06460

January 27, 2004

The Honorable Christopher F. Droney
United States District Judge
U.S. District Court
450 Main Street
Hartford, CT. 06103

Subject: Character Reference, Edmund Funaro Jr.

I am writing this letter regarding my nephew Edmund Funaro. I have been an integral part of Edmund's life since his birth. Having taken care of him when he was just a baby.

Ed has always been an upstanding individual and a devoted family person. I have never known him to get into trouble. He has always been serious in his educational endeavors from high school through college and into the School of Pharmacy. It is beyond my comprehension that he would do anything illegal as charged. I am positive that he was not aware that he was filling prescriptions that were questionable.

I understand he could have elected to plea bargain, but in his mind, he truly believed that he had not done anything wrong and to plea bargain would have been an admission of guilt and for that reason he elected trial by jury. He strongly believed that the judicial system would vindicate him, but unfortunately the system failed him.

I appeal to you for dismissal or at least a reasonable sentence consideration for this upstanding young family man and having been closely associated with Ed all of his life, I sincerely and strongly believe he is innocent of these criminal charges. Discharge would bring back family stability.

Sincerely,

Carol A. Funaro



**HK Recreation Department**
Haddam-Killingworth Recreation Department
Little City Road
P.O. Box 569
Higganum, Connecticut 06441

**Frank J. Sparks III**
Director of Recreation

December 22, 2003

To Whom It May Concern:

I am writing this letter on behalf of Ed Funaro, who has served as a volunteer coach with the Haddam-Killingworth Recreation Department since 2000. Ed has assumed both assistant coaching and head coaching positions for our Youth Basketball and Youth Soccer programs. These programs service children ages 6 to 13 years old.

Ed has been a dedicated, responsible, and well-respected coach in our two leagues. I have had nothing but positive feedback regarding Ed from parents, players and other coaches. Ed has shown himself to be a good leader of young adults and projected a strong and positive role model.

Over the four years that Ed has been involved with our youth sports, I have never received one complaint regarding his actions. Believe me, this is no small accomplishment.

If I can provide any further information or documentation regarding Ed's involvement with Haddam-Killingworth Recreation Department's Youth Soccer and Youth Basketball programs, please do not hesitate to contact me.

Yours truly,

Frank J. Sparks, Director
HK Recreation Department

Zgler Headstart
81 Olive Street
New Haven, CT 06513
Room 3, Mr. Mike's Class

January 6, 2003

Visels Pharmacy
714 Dixwell Avenue
New Haven, CT 06511

To Whom It May Concern:

We would like to express our extreme thanks to you for all of the
wonderful gifts that you donated.  With the help of your contribution
we were able to give each of the 22 children in our classroom more than
one gift.  I truly hope that your holiday was fulfilling as the children in
our classroom.

Sincerely,

M. Ellison

Michael Ellison
Zigler Headstart Rm.3

**E & E DISTRIBUTING CO., INC.**
25 Kossuth Street
NEW HAVEN, CONNECTICUT 06519



**Memo**
**LETTER**

**(203) 865-3436**

Date **1/22/04**

Subject

To THE HONORABLE CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FEDERAL BUILDING & U.S. COURTHOUSE
450 MAIN ST
HARTFORD, CT. 06103

DEAR JUDGE DRONEY,

WE HAVE BEEN DOING BUSINESS WITH VISEL'S PHARMACY FOR
AS LONG AS THEY HAVE BEEN IN BUSINESS.

WE HAVE FOUND ED FUNARO, SR. AND ED FUNARO, JR. TO BE VERY
HONORABLE AND HONEST PEOPLE TO DO BUSINESS WITH. IN FACT,
THEY HAVE BEEN SO HONORABL AND HONEST THAT WE, IN
E&E DISTRIBUTING CO., INC ARE NOW GIVING ALL OUR
PHARMACEUTICAL BUSINESS TO THEM.

BOTH FUNAROS, SENIOR AND JUNIOR HAVE GIVEN US THE
BEST OF SERVICE AND THE FAIREST PRICES AND TREATED US
WITH THE GREATEST RESPECT — THAT WE WOULDN'T THINK
OF PURCHASING OUR OWN PERSONAL PRESCRIPTIONS
ANYWHERE ELSE.

YOURS TRULY,

Eli Lazarson
ELI LAZARSON

SYDNEY LAZARSON

☐ Please reply    ☐ No reply necessary    SIGNED

FORM 180-2   Available from NEBS Inc, Groton, Mass. 01471. To order PHONE TOLL FREE 1 • 800-225-6380