January 20, 2004
24 Sherwood Drive
Prospect, CT 06712

Honorable Christopher F. Droney
U.S. District Judge
U.S. District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford, CT. 06103

Your Honor:

   Edmund Funaro is my son-in-law and I could not find a better one in all the world. I know Ed as a loving spouse to my daughter Lisa, a devoted and understanding father for his three children and a respectful and generous person to me.

   Ed is a community person, ever attentive to the needs and calls of others. He has been blessed with leadership qualities and has been a giving person at all times. A hard and energetic worker, Ed is a conscientious citizen with sound principles of life, family and community.

   I urge you to bear in mind Edmund's constant qualities while reviewing his case. His life history tells the story.

Respectfully,

*Aldea Santoro*

Aldea Santoro

January 9, 2004

Pamela Swain
118 Mulberry Street
Plantsville, CT 06479

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Judge Droney:

I find it is necessary to write this letter in order to put into written words my feelings about my brother Ed Funaro.

Ed has always been and continues to be a wonderful brother to me. He always shows me support, offers unbiased advice and is ready with a positive word whenever I am in need of one.

Ed is a very loving, caring and giving brother, father, husband and son whose family is a most valued priority for him. Not only do I have the honor to know his personal side but I have witnessed his professional side as well. He brings to the profession and the people he serves the same caring, supportive and giving qualities that he has always shown to his family, friends and community.

Ed is an outstanding pharmacist who truly accepts and respects the ethical responsibilities his chosen profession demands. Not only does he follow those demands completely but he also expects others that work with him to adhere to those same utmost standards.

I could continue endlessly to write about my brother's outstanding qualities, but unfortunately, I'm not sure that words on paper reflect the full extent of how I feel and how others feel about him. Judge Droney, I realize that you will not get to know my brother in the same capacity as his family, friends and community does. However, if you were able to, I am sure you would see that his honesty and integrity are above reproach. Please take into consideration all of Ed's outstanding contributions to society as well as to the quality of his family's life, especially his children, when his sentence is administered.

Best regards,

Pamela Swain

**John H. Harrington P.E.**
**11 Middle Beach Road West**
**Madison, CT 06443**
**Telephone (203) 245-7978**

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

January 8, 2004

Re: Ed Funaro

Dear Honorable Christopher F. Droney,

I would like to introduce myself to gain some credibility to the statements I am about to make about Ed Funaro. I have been a resident of Madison, Connecticut for more than twenty years and am the Sr. Director for Global Engineering for Pfizer Inc. My wife and I, married for 26 years, have raised three children who are now college graduates. I have been involved with community activities including, coaching basketball, soccer and baseball (some seasons with my friend Pat Clifford). I have also been an active member of the Planning and Zoning Commission, Police Commission and Chairman of the Economic Development Commission. I certainly know the value and challenges of raising a family and being a contributor to society.

There are many similarities between my family and that of the Funaro's. I have know Ed and Lisa for more than ten years and can say that they are both dedicated parents and major contributors to the residents of Killingworth. Ed has been active for many years with the Killingworth Youth Sports Program and has earned a high degree of respect from fellow coaches, parents and the children on his teams. Children are often said, to be very good judges of character and in this case that statement is validated.

I cannot imagine what it must have been like for Ed, Lisa and their children to live through this nightmare for the last three years. I truly believe, that the judicial system is now too complex and is in the process of failing this family. Please take into consideration the good man that Ed is, the service that he has been committed to and the many years and the thousands of people he has helped in his business. He has suffered enough.

Please feel free to call me with any questions.

Sincerely,

John H. Harrington P.E.

Edmund and Janet Funaro
290 Tow Path Lane
Cheshire, CT 06410

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

December 30, 2003

Dear Judge Droney,

We are writing on behalf of our son, Edmund J. Funaro, Jr.. A member of the healthcare setting, as a pharmacist, Ed is very caring, concerned and takes great personal interest in his customers' needs and feelings. He has earned the respect and support of his many customers in the New Haven area and surrounding towns.

Ed has participated in the New Haven community in many ways. He has spoken at both Hillhouse High School career day and Jackie Robinson Middle School about pharmacy and the pharmacist profession as a vocation. Ed has had Visels Drug Store partake in and sponsor a little league team, Pop Warner football, Harris and Tucker Kids T.V., Zigler Head Start Program, the LEAP Program, Jackie Robinson Middle School and Lincoln Bassett School activities as well as other Newhallville area functions.

Ed is an integral part in making Visels Drug Store a viable business. Unfortunately, without Ed's pharmaceutical knowledge, computer skills and business acumen we, at Visels, would not be able to provide the services necessary nor meet the needs of the community we serve.

Ed has given employment opportunities to many New Haven residents. These opportunities have enabled the employees to further themselves as well as provide for their families.

Ed is a loving, devoted husband and father. His three children all excel both academically and athletically. The children have learned these skills and citizenship from their parents. These accomplishments are not inherited but learned from the example of their parents' behavior. Ed is also an outstanding member of his residential community. He is involved with the Boy Scouts of America. He has coached and still coaches basketball, baseball and soccer for his children and other children in his community.

Ed is an intelligent man who faces each situation as it arises. He analyzes, questions, researches and makes the most prudent decision he can based on the information he has. We work with and have observed Ed in his professional environment. He handles each situation always bearing in mind his responsibility as a licensed, registered pharmacist as well as his concern for the well being of others. Ed has never and would never intentionally do anything outside federal, state or local regulations. Ed would never jeopardize his family nor compromise his position as a trusted member of the healthcare community. We do not believe you will find anyone with more honesty or integrity than Ed.

Obviously, we are disappointed with the verdict. Based on all of the testimony, evidence and directives presented during the trial we truly believe the wrong verdict was rendered.

We love our son and we are proud of the fortitude he has shown by doing what he believed was proper and right. Judge Droney, you see the many good things Ed has done and will continue to do. Ed's family needs him. Visels Drug Store, Visels employees and their families need him. Ed's residential community needs him. The New Haven community and its residents need him and the services he provides to them.

We hope you know in your mind and heart that leniency and understanding and not incarceration are the best for all concerned.

Sincerely,

Edmund J. Funaro Sr

Janet Funaro

February 13, 2004

Karen A. Furr, R.N.C.
124 Southwoods Terrace
Southbury, CT 06488

Honorable Christopher F. Droney
U.S. District Judge
U.S. District Court
Federal Building and U.S. Court House
450 Main Street
Hartford, CT 06103

Dear Honorable Christopher F. Droney,

I find it necessary to write this letter on Edmund Funaro's behalf.  It is not always easy to
put in words the character of an individual.  In the case of Ed I find it effortless.  When
thinking of him the words that come foremost to mind are optimistic, upstanding, hard
working, nurturing and friendly.

I have observed Ed in many roles.  He is a nurturing father, loving, devoted husband,
caring son, and concerned brother.  A role model for all that he has contact, Ed's honesty
and integrity are unsurpassed.

Ed is proud of all that he has accomplished in his lifetime and is especially proud of his
family and the success he has attained in his profession.  Would he ever knowingly or
intentionally do anything that may jeopardize what he worked so hard and long to
achieve?  No, he would not.  Not only because he is proud of his accomplishments both
professionally and personally, but because he strives for excellence to set an example for
his children so that they also will live up to his high expectations.

Ed sets high standards for himself and others and accepts nothing less.  He is a positive
person who would always give someone the benefit of the doubt if he had no evidence to
prove they were doing something wrong. It is very rare in life to come across someone
who has such high ethical standards and respect for his chosen vocation.

Always there with a positive attitude, words of encouragement, or a helping hand, Ed is
someone that I am honored to know and proud to call my brother.

Sincerely,

Karen A. Furr, R.N.C.

1-21-04

To Whom It May Concern,

Please excuse the not so professional hand written letter. What's more important is my concern for my friend Ed Fenarof. I am a sales rep. for a wholesaler out of New York and Vasel Drug has been a loyal account for over thirty years. Even though I'm as old as Ed's dad, his son whom I've known for at least fifteen years is a friend. How the court found this man guilty of anything is beyond me. This is a good person with a wife and children and many our conversations were about his family and the involveing of himself with his family, community affairs, sports to name a few. And the fact being in a business of helping the sick and those in pain.

From our talks about this case and what I know about Ed Fenaro jr. and his family he should have been free of this nightmare. Because he had the guts to fight all the charges against him only to now face an uncertain future.

To me it looks like the government had to make an example and no matter what Ed had going for him justice would not prevail. This young man is not a criminal. He was doing his job and did it to the best of his knowledge and ability. If the court takes him from his family and friends, his services to his customers, his freedom this would be the real crime.

All I can say is those of us who stand behind him hope the court shows compassion for this person and his family who need him. Is there justice to ruin a mans life? Is this what our system is supposed to do?

My hopes and wishes to the Funaro family are to free them of all they have been through and let Ed Funaro Jr. have his life back. We need people like him among us not away from us.

Sincerely

Carmine J. Mung

JAN 28 04

Your Honor;

I AM WRITING TO YOU ON BEHALF OF EDMUND GUNARO JR. OF VISELS PHARMACY IN NEW HAVEN, CT.

ED JR FILLED RX's FROM A DOCTOR WHO WAS LEGALLY LIKCENSED AND THEREFOR THE SCRIPTS THAT HE WROTE WERE LEGAL

WHEN THIS DOCTOR'S PATIENTS WENT TO DIFFERENT DOCTOR'S MANY OF THEM WROTE RX's FOR THE SAME MEDICATIONS THAT THEY HAD BEEN RECEIVING IN THE PAST.

DOCTORS HAVE BEEN KNOW TO OVER PRESCRIBE.

RESPECTFULLY

Henry L Craslo

Todd D. Blewett
50 Laurel Ridge Trail
Killingworth, CT 06419

January 13, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford, CT 06103

Dear Judge Droney:

   I am writing to you on behalf of Ed Funaro, Jr. ("Ed") and the pending sentencing phase of his trail. I have been acquainted with Ed for approximately 5 years, and consider him a good neighbour and valuable friend. I would like to touch on three topics in this letter: my disbelief in the outcome of the trial, my opinion of his character, and the great loss our community would feel if Ed were taken from it.

   First, I realize that his trial is now complete and that the outcome of a guilty verdict has been decided. When considering the outcome on several levels, I have a hard time believing or even comprehending what has happened. My first reaction is that of disbelief that Ed is guilty of anything. He is too honest and nice to be guilty of anything. Putting my dismay aside, upon closer review, via conversations with Ed, reading various newspaper articles, and discussing the matter with other friends who are also pharmacists, I don't see where there is a clear cut statute that Ed could have violated. Certainly there is nothing clear and defined that warrants incarceration.

   As I mentioned earlier, I have known Ed for approximately 5 years. I cannot recall our exact introduction, except to say that Ed and his family was always at every town, school, youth and Cub Scout function that I attended, and we became friends through these various events. In recent years Ed and I jointly led one of the groups of Cub Scouts in town, which has now carried over into Boy Scouts. His energy and devotion to youth activities has been invaluable in creating positive, enjoyable experiences for my own son and many other young men in town. Our Cub Scout group had an excellent retention rate, and many of the boys in town sports such as soccer, basketball and baseball often request him as a coach after having him previously. There have been teams that would not have had a coach and scouting events that would not have happened without his leadership. I could elaborate further on this, but suffice to say I believe Ed to be of the absolute highest moral and ethical character. I have and will continue to consider him a role model for own my children, and will continue to trust him unquestionably with the health and well being of my son.

   I feel Ed's removal from the community would be a great loss to Killingworth and the youth of the town. The over used phrase "pillar of the community" comes to mind, but Ed truly is one. His contributions continue to touch the lives of my son and many others. It is my deepest hope and prayer that you will take this into account when deciding on an appropriate sentence, especially considering that I don't see how there is a clearly defined violation that he could be guilty of. This tragic event has already wrecked havoc on Ed and his wonderful family. Incarcerating him for any amount of time would be both inappropriate and a great loss to all of us. Thank you for your consideration.

Sincerely,

Todd D Blewett.

Sean Walsh
655 Route 148
Killingworth, CT 06419

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford, CT 06103

Your Honor,

I am writing this letter as character reference for Ed Funaro, Jr. It has been my privilege over the last several years to come to know Mr. Funaro. As we have sons of the same age and similar interests, I have been fortunate to spend a good deal of time with Ed, and I would like to share with you some of my thoughts.

Most of my interaction with Ed comes from our mutual involvement with the local Cub Scout and Boy Scout Troops. Ed served as a Den Leader for my son's last year in Cub Scouts, and he now assists with the Boy Scouts. Ed has also served as my wife's assistant coach in the town's recreational soccer league.

This past fall I shared a tent one night with Ed on a Boy Scout backpacking trip. After a long day of hiking and working with the kids Ed and I spoke at length, into the early morning, about our families, and what I learned only reinforced what I already knew. Ed is a good person, who is devoted to his family. Reoccurring themes in the discussion were commitment, character and doing one's best. These three themes best characterize Ed. He puts in long hours at his store and still finds time to not only be present at his three children's activities, but to be involved, and it's not a superficial involvement that you often see from busy parents, but a committed, passionate involvement from parent that truly cares. Until his conviction, Ed was a candidate for Boy Scout Troop Leader, but unfortunately due to Scout rules can longer serve in that position, yet he still serves as best he can. He filled in as first aid instructor when another leader became unable to attend a number of meetings, and recently he successfully organized a ski trip for the Troop. Adolescent boys are tough group to work, they can really test a person's patience, but Ed handles them incredible ease. He talks with the kids rather than at them; never have I heard him offer anything but positive comments. The kids respect Ed because they can sense that he genuinely cares. At soccer practice I have seen him quickly take a group of unruly boys from chaos to a cohesive team performing drills. I know that my wife, as a coach, greatly valued his assistance. I know that as a father, I value and appreciate Ed's contribution to programs in which my son is involved.

In closing I ask that you spare Ed Funaro, Jr. from serving time in jail; this would not only devastate his family, but would be a tremendous loss to the many youths in Killingworth who benefit from his involvement.

Respectfully,

Sean Walsh

Alexander M. McKissick
17 Lyle Dr.
Madison, CT  06443
January 7, 2004


The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St.
Hartford,CT 06103

Your Honor,
I am writing to you in the hope that my knowledge of Mr. Edmund "Ed"
Funaro's character and of his contributions to the Killingworth
community will help you with your decision-making regarding his
sentencing.

I have known the Funaro family for over ten years, having worked with
Ed's wife Lisa at Northeast Utilities and now at Pfizer Inc.  I have
personally known Ed for the past 5 years through our mutual involvement
in youth baseball and soccer coaching and the Cub Scouts.

Before this matter ever occurred, whenever I introduced Lisa Funaro to
someone when she was new to Pfizer, I had a habit of saying that Lisa
was married to the "nicest guy in the world" and that the person should
meet him too.  Though it would embarrass Lisa a little, it was a
comment from my heart.  Ed is a genuinely warm, friendly, caring person
in whom you can see his love for his wife and family, but also his love
for life, fun and laughter.  These qualities set him apart from other
adults I know.  Those of us that truly know Ed know that he would never
knowingly do anything that could result in harm to another person.
I hope you have observed these qualities in Ed for yourself through the
course of the trial.

For three years, 1999 - 2002, I was the Cub Master of the Killingworth
Cub Scout Pack 18.  Ed's son Jason was in the Pack and in my Webelos
Den.  Many parents use Cub Scout meetings for "babysitting" and leave
their children off for the meetings.  Ed always stayed at my den
meetings to help with the sixteen boys.  Ed brought his great, fun-
loving personality to the meetings, creating an atmosphere of fun while
still holding the respect of the scouts so that the activities could be
completed.  When we had our monthly Pack meetings with sixty plus
scouts, their parents and siblings, Ed would always come early and
organize a game with the scouts and siblings to provide me with an
opportunity to set up the meeting.  If you've been to a Cub Scout Pack
meeting you'd know that it can become chaotic very quickly.  The thing
that struck me about Ed when he got out there in the school gym and
organized the kids into games, was that all of the other parents were
just sitting there, expecting someone else to control and entertain
their kids.  Ed stood up and got involved.  At our campouts, he was the

parent who organized the songs around the campfire and made peach cobbler for the scouts in the Dutch Oven.

He is as active in sports coaching.  Whenever I was coaching baseball or soccer, there was Ed coaching on the other side of the field or waiting for his game.  Killingworth is a small town with busy parents, many of whom don't or won't get involved.  It breaks my heart to think that one of the really active parents who is always there for everyone's children may be removed from the community.

I don't know what occurred in your court room that convinced a jury that Ed willfully broke the law, but from my knowledge of Ed I can't believe he could intentionally do wrong.  I ask that you take into consideration the suffering that has already been experienced by the Funaro family and consider reversing the jury's decision, returning Ed to his family and the community.  Justice, in my mind, has already been served by creating a great awareness of the issues surrounding the dispensing of powerful drugs, as I'm sure every pharmacist in the country has read about this case.

Through my personal observation, Ed Funaro is a blessing to society, not a threat of any kind.  The lessons he has learned from this awful experience would seem to be enough of a sentence for such a good man.

Please use your judicial power to correct the injustice that has occurred and return Ed to his family, friends and community for good.


Your Honor, Thank you for your consideration.

                                        Sincerely,

                                        Alexander M. McKissick

January 2, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

RE: Edmund Funaro, Jr.

Dear Honorable Droney:

Occasionally in life you come to know a person and family that becomes more than just a casual acquaintance. A friendship develops that through common interests deepens from respect. Ed Funaro, his wife Lisa and their three children are such a family to us. We came to know Ed Funaro through the activities and friendship of our children, who attend school together. We have stood together with Ed and Lisa on the "sidelines" for several years now supporting our children's' interests whether it be a sports event or an important school function.

As we look back on our experiences, we find pleasure in the endearing thoughts of the many occasions we have spent communicating on our cell phones coordinating schedules for the starting time of the 800 Meter Relay that our daughters ran together in at the State Championships or meeting at Pepe's pizza for a family celebration after the game, are some of the memories. On many occasions we communicated just to confirm where our children were or what plans they may have made together. Through this we came to know Ed's love, interest and concern for his family. These are the qualities of his character we have come to know and admire. It would be effortless for us to list countless occasions where Ed demonstrates this. It would not be unusual for him to travel from his business in New Haven to attend one of his children's events even if only for a few minutes, and turn around and head back to work. We can hardly state in words what fatherhood means to Ed. If there is a person who sees his children and his family as his greatest and dearest accomplishments, it would have to be Ed Funaro.

Ed's devotion to his family has also brought him to be recognized as a dedicated volunteer in our community. He provides a great service to our community through his volunteer efforts as a coach in our Children's Youth League and as a parent leader in the Boy Scouts of America. Both of these commitments require many weeknights and weekends telephoning and organizing practices, games and campouts. True to his unpretentious character, he participates in these activities out of shear enjoyment and respect for all children and his community. But most important, good intent and hours are secondary to the character one must exhibit to volunteer for these mentor positions with our children. People such as Ed not only teach sport skills, but they also teach and model life skills such as sportsmanship, cooperation and teamwork to list a few. Ed is well

respected by his community for his understanding of the importance of such values for our children. Always positive and encouraging to all kids and always cheering for other children as enthusiastically as he cheers for his own children are common visions of Ed at any sports event. In contrast, unfortunately, there are many children whose parents never or rarely come to these events or functions.

As parents of teenagers, we take great comfort in the friendship that our own children and Ed and Lisa's children have developed. Ed and Lisa have three wonderful and beautiful children, whose personalities and values both in and out of school reflect the love, care and concern they receive from their parents. We are more than honored to have met the Funaro family and are extremely privileged to know Ed and have established a friendship with he and Lisa.

As our last comment, we would like to mention that we were unaware until recently of the extent of the complications that Ed and Lisa and their children have endured over the past several months and years related to the issue of this letter. We now admire even more Ed's courage and steadfastness to remain aligned with his values and to the interpretations of the guidelines, affecting his profession, which he believes he followed correctly. We undoubtedly continue to be impressed with his inner resources of strength, tenacity and perseverance and his unfaltering capacity to keep a cohesive and stable environment for his family through this difficult journey. We pray that he and his family continue to sustain the level of courage they have demonstrated throughout this experience.

Very sincerely yours,

William and Judith Padula

January 11, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford. CT  06103

Dear Judge Droney:

I have known Edmund Funaro, Jr. and his family for more than 40 years.   He was
brought up in a loving and stable atmosphere.  Jan and Ed, Sr. instilled good moral values
and a religious background in all their children.  These values are not something that you
unlearn.  I do not believe that Ed would do anything that was contrary to good practices
in his chosen profession or do anything that would bring harm to his family.  I cannot in
all good conscience believe that he is guilty of any crime.  Therefore, I would ask that
you search your heart and mind when considering his sentence.  He does not deserve
prison time for his own good or for the good of his wife and young children.

Sincerely yours,

Roberta Della Valle (Mrs.)
979 Farmington Drive
Cheshire, CT  06410

Steven Karp
6 Circle Drive
Clinton CT 06413
(860) 669-1923

January 6, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford CT 06103

Dear Judge Droney,

I am writing this letter to attest to the character of Ed Funaro.

I have known Ed Funaro for more than 10 years. Both Ed and I were Cub Scout leaders together at
Pack 7 in Clinton CT. A main ingredient to being successful as a volunteer in scouting is character and
leading by example. There are short cuts and work arounds to most every challenge and task; Ed never
chose these paths as viable alternatives. He chose to lead by a positive example, and always take the
high road, even if it was longer and harder. He was and is a man of integrity and character.

On one occasion, we had an overnight campout and hike at Deer Lake Camp Ground in Killingworth
CT. We were out to take a several mile hike, and one of the scouts in our charge was handicapped. As
leaders we all accepted him and the additional responsibility without hesitation. As the hike
progressed, this young man fell further behind and was getting unusually fatigued, stressed and
frightened at his situation. Your honor, if you have been out hiking before, you know that sometimes
there are no shortcuts; you must finish the task at hand. I remember Ed took responsibility for this
young man by, carrying his pack and canteen, walking at a very slow pace in order not to place
additional stress on this young man, and tending to blisters and other medical needs at rest stops. He
could have passed the responsibility to someone else, but chose not to. His extra consideration to this
situation earned him the respect, not only of this young man and his family, but of all the scouts who
were on the trail that day; as well as the scouts who were not on the hike that day.

Your honor, this is only a glimpse into the character of the man. I find it hard to believe that Ed could
commit a crime that runs against the grain of his nature. Ed is a good father to Michael, Danielle, and
Jason, a good husband to Lisa, as well as a solid citizen of the community, both in Hamden and
Clinton/Killingworth. If you have it in your power, please consider Ed's high moral character,
integrity, and the positive influence Ed has on his surroundings when you consider your alternatives.

If I can help please feel free to contact me.

Sincerely,

Steve Karp

**Mr. and Mrs. Donald K. Fowler**
**85 Roslyn Drive**
**Cheshire, CT 06410**

December 16, 2003

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Judge Droney:

We have been friends with the Funaro family for many years. Knowing Edmund Jr. growing up was our pleasure. He is an outstanding individual with great integrity. He is a wonderful husband, great father, devoted son and is dedicated to the people he serves. He has goodness and kindness in his heart. Edmund Jr. deserves respect for his ability as a pharmacist.

We are sure in your good judgment you will find what we have said here is true.

Respectfully submitted,

*Donald K Fowler*
*Nancy G. Fowler*

Donald and Nancy Fowler

*Margaret L. Irving*
*206 Crescent Circle*
*Cheshire, CT 06410*

December 15, 2003

To: The Honorable Christopher F. Droney
    United States District Judge
    United States District Court
    Federal Building and U>S> Courthouse
    450 Main Street
    Hartford, CT 06103

Re: Ed Funaro, Jr.

I have known Ed Funaro, Jr. since he was a young boy, both as a friend of the family and as Director of Religious Education in the parish of St. Thomas Becket, Cheshire,CT.

Ed comes from a fine, well-respected family who instilled in all of their children excellent values. Ed displayed these values of respect, kindness and trustworthiness as a student in our program of religion and continues to do so today. He was a well -behaved, good student, well liked by both his peers and teachers.

Ed was a Boy Scout in one of our town Scout Troops and reached the high rank of Life Scout. To attain this rank requires a tremendous amount of dedication, integrity and hard work on the part of the scout.

I have watched Ed grow into a fine man, devoted to his wife and children. I am happy to be able to write this letter of reference on his behalf.

Sincerely,

Margaret L. Irving

Margaret Irving

**Judith S. Grabar**
205 Crescent Circle
Cheshire, Connecticut 06410

December 10, 2003

The Honorable Christopher F. Droney
United States District Judge
Federal Building and U.S. Courthouse
450 Main Street
Hartford, Connecticut 06103

Dear Judge Droney:

I came to know Edmund Funaro many years ago when he was in Boy Scouts with my son. I believe that the character of a person can be perceived at a very early age and the Edmund I knew as a boy was conscientious, kind, considerate and above all, honest.

This is borne out in the moral stand he took in refusing to confess guilt to a crime he did not commit. If he were dishonest and lacked conscience, he would have agreed to a plea agreement that assured him a lighter sentence. He stood by his principles.

As a father, he sought to set a good example for his children by demonstrating that being honest and standing up for what they believe was the right thing to do. Unfortunately, justice did not prevail in this instance.

My prayer goes out on Edmund's behalf that his conviction will be rightfully overturned on appeal. A good man is being wronged.

Yours sincerely,

*Judith Graber*

Judith S. Grabar



To Whom it may Concern,

I found this card to be fitting for Ed Fenoro. I met Ed at least 15 years ago at a racquet club in Madison. I am a hair salon and he has been a client of mine for approximately 10 years. I have dealt closely with the public for over 20 years and consider myself to be a fairly good judge of character.

I have always found Ed to be extremely optimistic, even in the face of adversity. At one point he was very ill and in and out of the hospital. He never one complained. He said he was going to make the best of what he was dealt.

Ed has always spoken well of others. I never heard him utter a negative word about anyone. Most of all he is a dedicated proud family man. His wife and three children are foremost in his life. He's always been very involved in coaching sports and being a Scout Leader. When I think of Ed I see a genuine, warm, honest, family man with a perpetual smile on his face.

It's a shame that this man who has such integrity, and who put all his faith in the system, in my opinion, has been unjustly treated.

Sincerely,
BetteJane Ehrgott-Haab