Diane M. Walsh
655 Route 148
Killingworth, CT 06419
860.663.3787
isop@att.net

January 13, 2004

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Dear Sir:

I am writing in support of Ed Funaro, Jr. While I understand that you have a job to do, and that job includes sentencing my friend, I respectfully request leniency.

Ed Funaro was one of my son Connor's Cub Scout Den Leaders. The den got off to a rocky start with two other den leaders and finally grew strong under the leadership of Ed. He truly believes in the Scouting program and in the goodness inside all people. Ed is a dedicated father, friend, Scout leader, and coach among other things. He is a person who can be trusted. He can be counted on. When he gives his word, he follows through. This is a man who volunteers his time to the children in the Killingworth community. This is not a man who should be in jail. When word of this first spread through Killingworth, the immediate reaction from the Scouting families was "what can we do to help Ed?" I trust Ed. I have instructed my three children that nothing has changed and that Ed is a good person. I am proud of Ed for attempting to carry on as usual "under the circumstances." I believe in his innocence and am proud of him for standing tall and knowing he can still look people directly in the eye. Even though a jury has convicted him and you are tasked with sentencing him, our town is in disbelief and its citizens are hoping for a minimum sentencing, whatever that may mean. Ed and Lisa's youngest child Jason is still a young boy. He is only in 6th grade, a classmate with my son. I'm sure you realize it is the family you will be punishing if you carry out a harsh sentence. Jason is small for his age, yet carries a confidence of a larger boy and always has a smile on his face. He is loved. I do not wish to see things change for this young boy.

I have enclosed copies of Cub Scout 18's newsletter from the 2002-2003 Scouting year. This was the first year we had a newsletter and I am its editor. I have highlighted the articles that pertain to the Webelos II den for which Ed was a co-leader. He (and his co-leader Todd Blewett) put a tremendous amount of time into activities with these boys. My son truly shined under the influence of Ed. I hope that these articles help you understand Ed as a person.

I first got to know Ed on a campout in 2001 in the Cockaponsett State Forest. Three dens went on an overnight together. While I might have made the arrangements for the campout, Ed was

the person who made the event memorable. While I was ready to haul in a gas grill to cook for a large group, Ed convinced me that it would be more fun for the boys to cook their own meals over an open fire . . . and it was! When the boys started to get rambunctious, it was Ed who always had a game or activity up his sleeve to interest the boys. While many dads brought Dunkin Donuts and bags of chips, Ed cooked potatoes in foil packets, baked peach cobbler and homemade donuts in a Dutch oven, and even popped popcorn . . . all over the open fire. He put us all to shame with his outdoor skills. The boys truly respected and admired him from the start . . . and so did us parents. At that same campout, it was Ed who got the storytelling going, it was Ed who set down the rules that once a stick is in the fire, it stays in the fire, and it was Ed who brought a humongous jug of Gatorade to keep everyone properly hydrated. Furthermore, it was Ed who split the night with another dad keeping the fire going through the night so the boys wouldn't be scared by the howling coyotes.

At many of our pack meetings, we have tried to keep the Scouts from running wild through the halls. Their excuses have always been that they are thirsty and are headed for the water fountain. Ed solved that problem for many of the meetings by showing up with gallon upon gallon of juice for them to drink in the meeting room . . . all out of his own pocket. That's just the type of guy he is.

He always comes through in a pinch. My husband and I were in charge of putting together a boxcar derby and the entire family came down with a stomach virus that day. All it took was one call to Ed who showed up at the pack meeting with all the necessary supplies and really saved the event.

At our final picnic and campout last year we broke down and did use some gas grills. But that didn't deter Ed. Although he was balancing the evening between Jason's baseball game and the campout he still put us all to shame once again. He showed up early to set up camp, started a fire, put together a chili in his Dutch oven, helped everyone lug in their gear, made sure an adult would watch over the chili, went to the game, returned in time to help serve up the dinner to hungry scouts and their families, cleaned that Dutch oven and made a peach cobbler that was better than ever. People talk about Ed's outdoor cooking at just about every Scouting function! He is truly an integral part of the program. During the evening campfire and storytelling, Ed stayed put by the gas grills, because they were still hot and he was concerned about a Scout accidentally wandering too close and getting burned. While other parents are easily distracted, Ed is always very focused on the Scouts and their safety. If my son does make it to Eagle Scout someday, I will always give Ed credit for getting Connor started.

Maybe these sound like little nothings to you, but all these little things add up to a special person. In this town, I find that that there is a core group of parents who volunteer for everything. As you travel from Cub Scout meeting to the soccer field, you will notice that the den leaders are also the soccer coaches. Volunteers are giving people. They give their time because they enjoy working with youth. Ed is a giver. He does not belong in the category you soon need to place him in.

My son Connor is now a Boy Scout and those Scouts need a dad like Ed to accompany them on their trips and to help out at meetings. While his new status will certainly prevent him from

keeping an official leadership position with the BSA, I know that the Troop families all wish for Ed to stay as involved as possible.

Just this past Thanksgiving weekend, following his conviction, Ed exhibited his superdad qualities. He took his daughter shopping at some ungodly hour because he was concerned to have her out on the roads in the dark. Then he met the Scouts for a 20 mile hike in the pouring rain. My husband and son hiked alongside Ed and Jason for those 20 miles. Most dads would rather stay home and let someone else do the volunteering. Only three truly committed dads hiked with the two Troop leaders that day: Ed and his co-leader Todd, along with my husband.

My husband and son also had the pleasure of backpacking with Ed and his son Jason a few months ago. I cannot report firsthand of the details, as I was not there, but I know that they all had a great time together.

I myself did have the pleasure of coaching alongside Ed two soccer seasons ago when our sons were in 5th grade. Technically, I was the head coach with three male assistant coaches. I was a little nervous prior to the first practice wondering if these men would give me trouble. You see, I have a philosophy about park and recreation soccer: it's all about the fun. I was worried that some dads may have more of a win-at-all-costs outlook. I was so happy when Ed showed up and asked if the four of us coaches were in agreement that this was all about the boys having fun? We had so much fun coaching that year. Ed will tell others that I was a very organized coach. What he may not know is that I knew I could show up with any drill or game idea and that would help to make it work and make it fun. I honestly can't remember the team record, because it just wasn't important to us or to the team. What the boys will remember is the pizza party at the end of the year and the funny awards we gave them. (Most likely to have untied shoes. Most likely to be found on the ground.)

Whether it's CCD class at St. Lawrence church, a Boy Scout Meeting, a baseball game, a soccer game, a school concert, you can be sure that Ed will be in attendance and is proud of his children no matter what their performance. Please don't take this man away from his family or our community. The world needs MORE people like Ed Funaro, not less of the only one we have.

Sincerely,

*Diane M. Walsh*

Diane M. Walsh
Killingworth Pack 18 Secretary and Webelos I Den 4 Leader.
Volunteer Soccer Coach for Haddam-Killingworth Park and Recreation
Killingworth Resident
Friend of Ed Funaro

Dear Judge Droney;

An article that appeared in the Harftord Courant late last year announced that Edmund Furnaro, Jr. had been convicted of illegally dispensing controlled substances and that he was to be sentenced on February 9, 2004.

I have learned that the Court will accept letters from persons like me who know Mr. Furnaro well enough to give you reliable information about his character, his reputation, and his role in the part of the New Haven community that is served by Visels Pharmacy. I am doing so in the fervent hope that in your evaluation of Mr. Furnaro you will decide that sending him to jail will not benefit society because far from being a threat to public welfare he has been able to provide essential care so many people who lack the advantages in life that most of us take for granted.

To begin with, I have had a close business relationship with Mr. Furnaro for over 20 years, starting when I was employed by a pharmaceutical wholesaler and most recently as a Field Service Representative for a community pharmacy network in which Visels has been a participant for a decade. Over this long period of time, I have seen the following: In addition to long hours in the pharmacy, Mr. Furnaro found the time to coach sports teams on which his children were among the players. His devotion to his family was always evident, and that includes his father with whom he worked every day. That devotion extended to the pharmacy's patients. During my many visits to Visels I watched Mr. Furnaro carefully explaining to patients how their prescriptions should be taken and what affects the medicine should have. From time to time this was no easy task because the pharmacy is located in an inner city neighborhood and many of its patients are significantly disadvantaged. A good example of the kind of care Mr. Furnaro delivered is seen in his decision to deal with the prevalence of asthma among the pharmacy's patients by completing a training program in the disease and becoming certified in asthma care.

I also want to point out that during the time of my regular visits to Visels, the area in which it is located has seen robbery and burglary with alarming frequency. Other businesses have moved away. Mr. Furnaro would not consider following them. As he explained it, Visels has been in the neighborhood for close to 40 years, and it was needed now more than ever. I am aware that on more than one occasion, Mr. Furnaro has arranged for an impoverished patient whose funds had run out to charge a prescription to a house account until the patient received a support check that was overdue.

Let me end this letter by saying that I really don't know very much about how trials work, but I want to say that it is impossible for me to imagine that the Ed Furnaro I know would do anything in his professional life that could result in his being convicted of this kind of crime. I can add that I am one among many who share that view. All of us are hoping against hope that you will see him as we do and that you will allow him to continue to care for his family and his patients as he always has in our direct experience with him.

Sincerely yours