DEFENDANT'S
EXHIBIT

Edmund J. Funaro, Jr.
42 Beaver Dam Rd
Killingworth, CT 06419

The Honorable Christopher F. Droney
United States District Judge
United States District Court
Federal Building and U.S. Courthouse
450 Main St
Hartford, CT 06103

Dear Judge Droney:

It was with great sadness and regret that, in light of the jury's verdict, I voluntarily surrendered my license to practice pharmacy and placed myself in this position, standing before this court to be sentenced. I consider myself to be a hard working, conscientious individual and Pharmacist. I put my heart and soul into Visels Pharmacy, always striving to provide our patients, customers and community with the best pharmacy service possible.

The intensive investigation of Visels Pharmacy records highlighted shortcomings in our prescription dispensing procedures. Changes in our pharmacy practice have been implemented, including modifications to our pharmacy computer program, improving the Pharmacist's ability to monitor patient profiles.

Visels is a family owned and operated independent community pharmacy. I began my pharmacy career at Visels because of my commitment to family and continue living this commitment today in both my professional and personal life. I utilize my skills and knowledge to support both my family and community. I am actively involved as a Boy Scout Leader, have been involved as a Youth Athletic Coach and try to be a positive influence on those I mentor.

My family and their well being are of the utmost importance to me. I would never knowingly or intentionally jeopardize my ability to provide for and support those who rely on me, especially my wife Lisa and my three children; Michael, 19, Danielle, 17, and Jason, 12. The recognition of the seriousness of the charges against me has left me with many sleepless nights.

I have always tried to hold myself to the highest values and principles and have always made a concerted effort to comply with all of the laws and regulations that govern the practice of Pharmacy. I ask for you understanding and leniency in my sentencing and wish to leave you with the belief that I am truly a capable Pharmacist and a valuable asset to my family and community.

Thank you for your consideration.

Sincerely,

Edmund J. Funaro, Jr.

DEFENDANT'S
EXHIBIT
E

EXHIBITS "A" and "E" ARE FILED UNDER SEAL


DEFENDANT'S EXHIBIT

advertisement

Rheumatoid Arthritis IQ Quiz ▶
## How Is Your **RA Treatment** Working For You?

# _Web_**MD**_Health_

Search [_____] [GO]

▸ Sign In   ▸ FREE Newsletters   🖨 Print Friendly Version   ✉ Email a Friend

**WebMD Today**

. Home
. WebMD News Center

**Member Services**

. Newsletters & Alerts
. Boards & Events
. WebMD University
. My WebMD
. Find a Physician

**Medical Info**

. Diseases & Conditions
. Check Symptoms
. Medical Library
. Drugs & Herbs
. Quizzes, Calculators
. Clinical Trials
. Find Health Insurance
. Health Plan

**Health & Wellness**

. Women, Men, Lifestyle
. Pregnancy & Family
. Diet & Nutrition

**Who We Are**

. About WebMD
. Privacy & You
. Site Map

**Health Mall**

**Our Sponsors**

Featured Sponsor Center:

**Nutrition Analysis**

advertisement

Rheumatoid Arthritis
**IQ Quiz:**

# How Is Your **RA** Treatment Working For You?

Take This
RA Quality of Life Quiz!

**IMPORTANT:**
Not everyone responds to RA treatment in the same way. Show your quiz results to your doctor and decide together on the treatment that's right for you.

advertisement

You are in **Diseases & Conditions**.    [Arthritis_____] [GO]

## Health Guide A-Z

**Health Topics | Symptoms | Medical Tests | Medications | Wellness | Support Organizations**

### Ankylosing Spondylitis

_healthwise_

### Topic Overview

topic contents

→ Topic Overview
▪ Symptoms
▪ Exams and Tests
▪ Treatment Overview
▪ Home Treatment
▪ Other Places To Get Help
▪ Related Information
▪ References
▪ Credits


© www.nucleusinc.com

#### What is ankylosing spondylitis?

Ankylosing spondylitis is a form of arthritis that is long-lasting (chronic) and most often affects the spine. It can cause pain, stiffness, with swelling and limited motion in the low back, middle back, neck, and hips. Fatigue is common. Although there is no cure, treatment can usually control symptoms and prevent the condition from getting worse. Most people are able to do normal daily activities and continue to work. Complications of ankylosing spondylitis may include inflammation of the colored part of the eye (iris) called iritis, or difficulty breathing due to curving of the upper body and stiffening of the chest wall.

#### What are spondyloarthropathies diseases?

Ankylosing spondylitis is a specific disease within a family of diseases called spondyloarthropathies. Examples of spondyloarthropathies include psoriatic arthritis, Reiter's syndrome, and arthritis associated with inflammatory bowel disease. Not uncommonly, a person may be diagnosed with an unclassifiable form of spondyloarthropathy.

Although all of the spondyloarthropathies have similar characteristics, each type has unique features and prognoses. If you have one of these other forms of spondyloarthropathies, you may find some of the information in this topic helpful in managing your condition.

How Is Your
**RA Treatment**
Working For You?

Take This
**RA Quality of
Life Quiz!**

## What causes ankylosing spondylitis?

The cause of ankylosing spondylitis is unknown, but the condition may be genetic (passed down from parents to children). Most people with this condition or other spondyloarthropathies are born with a particular gene, HLA-B27.[1] However, having the HLA-B27 gene does not mean that you will develop ankylosing spondylitis.

## What are the symptoms of ankylosing spondylitis?

Ankylosing spondylitis causes mild to severe back and buttock pain that is often worse in the early morning hours; this pain usually gets better with activity. It most often begins in the teens or twenties and comes on gradually over time. In time, continued inflammation of the ligaments and joints of the spine will cause the spine to fuse together 📷 (ankylosis), leading to loss of motion in the neck and low back. As the spine fuses, or stiffens, a fixed bent-forward deformity (kyphosis) can result, leading to significant disability. The inflammation of ankylosing spondylitis can affect other parts of the body, most commonly other joints and the eyes, but sometimes the lungs and heart valves.

## What is the treatment for ankylosing spondylitis?

Treatment includes exercise and physical therapy to help reduce stiffness and maintain good posture and mobility, and medications for pain and inflammation, such as nonsteroidal anti-inflammatory drugs (NSAIDs). It is important to get regular eye exams to check for inflammation in the eye (iritis) that may occur with this condition. You may use an assistive device, such as a cane, at home that can help to reduce joint stress and inflammation. Surgery is rarely used.

While there is no cure for ankylosing spondylitis, treatment can help relieve pain and stiffness, maintain mobility, and enable you to continue with your daily activities.

## Who develops ankylosing spondylitis?

The prevalence of ankylosing spondylitis differs among populations. In general, it affects 1 in every 100 people.[2] It is more common in men than in women, and the condition usually begins in the late teens or early adulthood. It is commonly found in certain tribes, such as the Haidas, Inuits, and Chukotkas, and is less common in people of Japanese or African descent.[3]

The only known risk factor for ankylosing spondylitis is having a close family member who has the condition. About 15% to 20% of people with ankylosing spondylitis have another family member with it.[3]

**Frequently Asked Questions**

| | |
|---|---|
| **Learning about ankylosing spondylitis:** | • What is ankylosing spondylitis?<br>• What causes ankylosing spondylitis?<br>• What are the symptoms of ankylosing spondylitis?<br>• Who develops ankylosing spondylitis?<br>• What are other spondyloarthropathy conditions? |
| **Being diagnosed:** | • How is ankylosing spondylitis diagnosed?<br>• What is genetic testing? |
| **Getting treatment:** | • How is ankylosing spondylitis treated?<br>• Can medications reduce pain and stiffness?<br>• Is ankylosing spondylitis treated with physical therapy?<br>• Can assistive devices or orthotics help ease movement? |
| **Ongoing concerns:** | • What can I do at home to reduce my symptoms?<br>• Will I need surgery for ankylosing spondylitis?<br>• What is hip replacement surgery? |
| **Living with ankylosing spondylitis:** | • Can yoga help with symptoms of ankylosing spondylitis?<br>• Can acupuncture help with symptoms of ankylosing spondylitis?<br>• What happens over time with ankylosing spondylitis? |

^back to top                    next section >

To Health Guide A-Z

**Search the Health Guide A-Z**

[_____]  [ GO ]        *Last updated: April 04, 2003*

Help

🖶▶ **Print-Friendly Version**

© 1995-2004, Healthwise, Incorporated, P.O. Box 1989, Boise, ID 83701. All Rights Reserved.
This information is not intended to replace the advice of a doctor.

**Search** [_____]  [ GO ]

Medscape for Physicians  |  Medscape for Healthcare Professionals
Corporate |  Contact Us
Terms and Conditions  |  Privacy Policy and Agreement

©1996-2004 WebMD Inc. All rights reserved.

  



# ILEOSTOMY Reference Guide

*TABLE OF CONTENTS*

**Introduction**

**Stomas**

**Peristomal Skin and**

**Skin Problem**

**Pouches**

**Key Facts About Appliances**

**Food and Blockage**

**Diet and Fluids**

# Medications

# Intimate Relations

# Daily Activities

# Travel

# Financial Aid

# Follow-up Care

# GLOSSARY

## ILEOSTOMY Reference Guide

### INTRODUCTION

An ileostomy is an opening or stoma in the ileum or the lowest portion of the small intestine. It allows feces to exit before it reaches the large intes-tine. This stoma is created surgically. The opening in the ileum is brought through the abdominal wall by which the feces can pass. The location is usually in the lower right side of the abdomen. The large bowel or colon, rectum and anus are bypassed and/or removed because of disease, cancer or severe injury. The most frequent reasons ileostomies are done are due to inflammatory bowel disease. There are two types of inflammatory bowel disease, Crohn's disease (ileitis) and ulcerative colitis. Ileostomies are also done because of familial polyposis, and birth defects. For this reason it is common to have ileostomies performed on babies with anomalies. Unlike colostomies temporary ileostomies are done only occasionally.

The purpose of your large intestines is to extract water and salt from the feces, and storage of your fecal mass. Reabsorption will continue to be performed by the small intestine, however, the consistency of the stool may vary from liquid to soft.

Your stoma has no control valve like your anus. Your digestive contents will exit at any time from your stoma. Because there is no storage in the small intestine some of the food you will eat will drain into your pouch in two hours or less. You will need to wear your pouch at all times. The main purpose of your small intestine is digestion and absorption of nutrients. The drainage will consist of leftover enzymes or chemicals that help in digestion. Enzymes can irritate your skin around the stoma. Your discharge should not be confused with loose stool and/or diarrhea.

Food enters into the mouth and exits the anus. This journey will take from several hours to days. After exiting the mouth it passes through the esophagus and enters the stomach. The stomach breaks the food into small-er pieces. Absorption of the food begins in the small intestine. After the small intestines the food mass passes into the large intestines. Whereas the small intestines are about twenty to twenty three feet long, the large intes-tines are only five or six feet long. In the large intestines, water is absorbed and the fecal mass is stored for passage from the body. When the fecal mass enters the rectum special nerves make us aware of this. We are able to control the anus via contraction and relaxation. It is normal to have some discharge or drainage from the rectum if it is not removed during surgery.

## STOMAS

Stomas or the opening through which your intestines or bowels now empty your feces come in a variety of sizes and shapes. The stoma can protrude from the body surface or can be flush with the skin. The stoma is constructed from the mucous membrane or inner lining of the small intes-tine. Your entire gastrointestinal tract, from your mouth to your rectum, has this same type of mucous membrane for a lining.

The stoma should be a bright red color at all times, indicating that there is an adequate blood supply to the stoma. If this color should ever change markedly, you should seek professional medical consultation. The blood vessels in your stoma are superficial. It is possible that you may notice some blood when cleaning the stoma. This bleeding should diminish quickly. If the bleeding persists beyond a short period of time you should consult with your ET nurse. Because there are no sensory nerve endings in your stoma, you will have no sensation in it, regardless of the red color giving the stoma the appearance of being painful. It will not hurt for you to touch it.The movement in your stoma is called contractile or peristaltic motion.

This is a normal process and is used to move your stool along the intestinal tract and also into your pouch. Please take note of this movement so that when observed you will not be alarmed.

Postoperatively, your stoma will appear large and swollen. This is a result of the surgery and the swelling will decrease as you heal. The shape and size of the stoma will change. After approximately two months the initial swelling should be gone; however, your stoma will continue to change size and shape during the first year following your surgery. This is well within the norm and there should be no cause for concern. Since the size of the stoma will be changing, so should the size of your pouch.

## PERISTOMAL SKIN

The ileum produces chemicals that break down the food products. These chemicals will be found in the drainage from your ileostomy. This drainage can irritate your skin if it is left on the surface. Your stoma has no sensory nerve endings, but your skin does, and if the skin is irritated you will expe-rience discomfort. In order to prevent skin irritation you must ALWAYS have a pouch that is properly fit and change it as necessary.

## SKIN PROBLEMS

Skin problems are most likely to occur after surgery and for the following several weeks. Most skin problems are a result of the following: a pouch that is improperly fit causing leakage of fecal matter, hair follicle irritation, perspiration, allergies from adhesives, soaps, frequent pouch changes or a pouch clinging to the skin.

One of the most important things to do to avoid a skin problem is to keep a proper seal around the face plate or skin barrier. This will help prevent leakage of stool and contact with your skin. To keep a wafer on irritated skin, your skin must first be dry. When the skin is irritated, it does not remain dry and you cannot dry it with a cloth.

Some people have used hair dryers or heat lamps to dry the skin before applying a skin barrier. This does not include sun lamps. This is a type of ultraviolet light and will burn the skin. This can over dry the skin and cause other skin related problems. We do not recommend this procedure. Only use a hair dryer on the coolest setting available or dry the area gently with gauze 4 x 4's. This of course is a personal choice in your ostomy care, but if you are in doubt, please consult your ET nurse.

Do not use any type of light to dry the skin if you have had or are undergoing radiation therapy. You may use your hair dryer if it less than 850 watts and only if it has a cool setting.

Some ointments may actually prevent a proper seal of skin barriers and appliances, and also cause drying of the skin. Specific ostomy lotions are made for this purpose. Excess amounts should be removed before applying the appliance.

Removal of the faceplate should be done by pushing the skin from the appliance and not pulling the appliance from the skin. The skin should be kept clean with water and if necessary a mild cleansing solution. Try to prevent usage of drying agents such as alcohol.

Allergies and sensitivities can occur days or years after use of a particular product. Patch testing can be used to help prevent potential skin problems. Place a small piece of the material or liquid to be tested on the abdomen opposite the ileostomy site. After approximately 48 hours remove the mate-rial and check for redness, rash, itching and/or burning. Many times the irritation is caused by improper use. Read and follow the directions for each specific product. The same product made by another manufacturer may not cause the irritation. If the problem persists your ET nurse or physician should be contacted.

A pouch cover or other cloth separating the pouch from the skin will help prevent clinging.

If the skin around the stoma becomes bright red with white pimples, a yeast infection may be the problem. Your ET nurse or physician should be consulted. A prescription for Mycostatin (Squibb) or generic Nystatin is the treatment of choice. Sween corporation makes a non-prescription product called Microguard.

Hair removal should be done by an electric razor or safety razor. Care must be taken not to irritate or dry the skin around the stoma site.

If you find that you need to purchase any skin care products as a solution for your skin problem, it would be advisable to call your ET nurse for sug-gestions.

There are many skin problems that you will be able to solve yourself.

## 1. Rash

A rash can be located anywhere under or around the appliance or tape. The skin will look red, rashly, and damp looking. Body powder may be used if you develop a rash; wear a pouch cover or cotton fabric under the pouch. Note: Use powder only under your pouch, not under the face plate or wafer.

## 2. Stool on skin

If your pouch does not fit properly and leakage occurs, your skin can take on a blistered red appearance. You should change the size of the opening in your skin barrier as soon as possible.

## 3. Ulcerated area on stoma

If your stomal opening is too small or your activities cause a rubbing of your faceplate with your stoma, an ulceration might occur. You should enlarge your stomal opening and control your activities to a more moderate level.

## 4. Allergic reaction

Your skin will appear red, swollen and possibly itchy. This will occur when the allergic appliance or product is touching the skin. A "Patch Test" should be used to determine the exact product causing the reaction. It is advisable to discontinue use of that particular product.

## Miscellaneous Equipment and Skin Products

Adhesive Disc: A round disc that is two-sided, one side attaches to the stoma plate, the other applied to the body.

Belt: An ostomy belt is used to help hold the appliance close to the skin. It is made of elastic and will be one or more inches wide. Not all ostomates will need to wear a belt.

Cement: Cement is used to adhere ostomy appliances to the skin. It is the cheapest, but it may cause chemical burns. Cement should not be used on any irritated skin. Manufacturer's instructions should be followed for each type of cement.

Colly-seels: Colly-seels will help protect irritated skin that is red or weeping. It is similar to karaya.

Double-Faced Discs: This type of disc is used to adhere a reusable pouch to you. This may be used in place of cement. They may also be

used to provide extra firmness with disposable pouches.

Wafer with Flange: This is applied over the stoma and adheres to the skin around it. It consists of a non-irritating gelatin material with a ring attached for the pouch. The wafer does not have to be changed with every pouch. The wafer must be thrown away when it is removed.

Hypo-Allergenic Tape: This type of tape should be used around the edges of the pouch. This will give it a picture frame appearance. These brands of tape are designed to breath with your skin and lessen irritation. Switching the tape that is causing irritation often helps.

Karaya Washer: A Karaya Washer is used to protect the skin from liquid fecal drainage. It is a soft wafer made of karaya powder and other materials that will cause a better seal around the pouch. It will not hold the pouch on, but acts as additional protection.

Odor Proof Pouches: Many pouches are now made with odor proof materi-als. As in any product the final decision is yours. Consult with your ET nurse or ostomy supplier for the different types that are offered.

Pectin Based Wafers: These wafers have several different purposes. They can promote healing of irritated skin, add firmness, and mold in dimples for folds in the skin.

Pouch: A soft plastic bag for the collection of drainage. The pouch can be attached to a flange or stoma plate. This type of pouch may or may not have an open end for drainage. These pouches vary in length from newborn in-fants to adults. These pouches are available in clear, white or beige.

Pouch Covers: Pouch covers are available in whatever color or design you may wish. With practice you can make them yourself. They are not made just for cosmetic purposes but also for comfort. A pouch cover will help with the pouch clinging to the skin from perspiration or from irritation from the pouch material.

Powders: Powders may be used for weeping skin. Adhesives will not work properly unless you also use skin sealants with the powder.

Skin Barriers: A skin barrier is used between the skin and the adhesive surface of the pouch. It protects the skin and provides additional sealing. Skin barriers consists of gaskets, washer, or flat sheets of gum like material. They may come with precut or uncut holes. If they are uncut, care must be taken to cut the correct size. Skin barriers that come in a gelatin-type material must be cut. Manufacturers instruction must be followed when applying this type of barrier.

Skin Sealants: Sealants are used to protect peristomal skin. They come in various forms from sprays and brush-on to wipes and gels. They may be used with powders or medications in the stomal area.

# POUCHES

There are two types of pouches:

## 1. DISPOSABLE POUCHES

"Disposable" pouches are worn for a few days and thrown away after use. They are non-drainable (only one opening) and removed when filled. Others are open at the bottom for easy emptying. Some are adhesive backed pouches with or without an attached skin barrier. Some have precut open-ings and others you must cut. This type of pouch can vary greatly in size and can be easily disposed of.

You may have had a transparent disposable pouch in the hospital which allowed the hospital staff to monitor your stoma and discharge. Disposable pouches have starter openings. This means that the stomal pattern can be changed as your stoma size and shape changes. The pouch opening should always be an 1/16 - 1/8 of an inch larger than the stoma itself to allow for the peristaltic motion of the stoma and to prevent the pouch faceplate from riding into your stoma when you bend and move. The barrier ring is soft and can be sized to fit snugly around your stoma. Your ET nurse will in-struct you in adjusting the right size of your pouch opening.

Ostomy supplies are made by many different manufacturers and different product lines within the same manufacturer. Your ET nurse will select the product that is best suited for your needs. As in any personal purchase, what works for one individual may not work for another, therefore, several appliances may be tried to find the one that adapts to you and your lifestyle. Changes in your abdomen, your activity level and other factors such as normal healing will contribute to you changing from the appliance you start-ed with in the hospital.

A disposable pouch should be emptied when needed. It does not have to be changed every time for every bowel movement. Frequent changes could result in skin irritation and higher costs. Emptying should be done whenever the pouch is about one third (1/3) full of stool, or when it is full of gas. Emptying done on a regular basis will prevent your seal from breaking because of the increase weight that is placed on the pouch.

## 2. REUSABLE OR NON DISPOSABLE POUCHES

These pouches can be drained for reuse, therefore creating a more economi-cal option for the ileostomy patient. To use a reusable pouch is, of course, a personal decision and should be discussed with your physician or ET nurse.

The cleaning of the pouches can be accomplished by rinsing the pouch in the sink or commode. Some attachments are available for the sink to aid in the flushing out the discharge. This should be followed by the use of cleaners to remove any residue or odor. There are a wide range of products available for the cleaning of pouches and you should check with the local ostomy dealer or ET for what works best for your individual needs.

The pouch should be thoroughly dried before attempting to reapply.

## CHANGING YOUR POUCH

### 1. ASSEMBLE ALL EQUIPMENT

(A) Material used to clean the skin: cotton balls, toilet paper, facial tissues, washcloths, premoistened towelettes, skin sealant, unsterile 4 x 4, or towels.

(B) Pouch.

(C) Skin barrier.

(D) Pouch closure (rubber band or tail closure).

(E) Tape and/or a belt.

(F) Supplies used to clean or dispose of your used pouch.

### 2. MAKING A PATTERN

(A) Paper may be used to trace your pattern.

(B) The pattern should be snug to the stoma, but not ride up on it.

(C) Always label the pattern.

(D) The stomal opening is not the only important factor in making a pattern. You need to consider the outer dimensions of the pattern. The pattern should avoid your pubic area, hip bone, ribs and the folds at your waist and navel.

### 3. SKIN BARRIER (if applicable)

(A) You may use a ½, ¼, or a full wafer 4x4, depending on the size of your stoma and your abdomen.

(B) The corners should be rounded to conform with the wafer and the shape of the adhesive on the pouch.

(C) Trace your stomal pattern on the paper side.

(D) Cut the hole on the pattern line; this line will not be visible when it is cut.

(E Smooth the sides of the opening. You may use your finger.

## 4. POUCH

(A) The pouch opening should be 1/8" but no more than ¼" larger than the opening of the skin barrier, as paper can cut the stoma.

(B) Trace the pattern on the paper side of the pouch, you can use the opening from the skin barrier which has already been cut.

(C) The hole should be cut larger than the line of the pattern.

Do not cut on the line but outside.

(D) The edges around the opening should be smooth. You may use your finger.

(E) Remove the paper backing from the pouch, center the openings and apply the shiny side of the skin barrier to the pouch (when applicable).

## 5. Empty the pouch you are presently wearing.

## 6. Remove the pouch.

Remember to be careful and use two hands to remove your pouch. If your pouch is disposable, you can use a plastic bag to dispose of it. If it is reusable, set it aside to clean after you have finished.

## 7. SKIN CLEANSING

(1) Use warm water. Soaps leave a residue on the skin and should not be used. They will dry the skin. However, the use of skin cleaners (Peri-wash or Uniwash ) will clean the skin of residue that can interfere with the adhesion of the appliance.

(2) Do not try to remove all of the cement or skin barrier left on your skin.

You may cause abrasions by rough cleansing causing the fresh barrier that is applied to possibly burn. This sensation will subside after a few minutes.

## 8. Dry the area well and note any changes of your stoma or skin, this would include a change in color, size or any ulcerations.

## 9. Apply skin barrier (if this is not attached to pouch in step 4).

## 10. Center and apply a clean pouch.

## 11. Close the end of pouch.

## 12. Tape and/or belt.

*13. Check your supplies. NEVER WAIT UNTIL YOU HAVE USED THE LAST OF YOUR SUPPLIES BEFORE YOU REORDER.*

## KEY FACTS ABOUT YOUR APPLIANCE

Your pouch should be changed anytime it leaks. DO NOT attempt to fix or repair the pouch. You will not be able to fix it properly and might cause further irritations.

Your pouch should be changed or emptied, depending on type, if it is one-third to one-half full. A pouch should also be changed if it is full of gas. Use of a gas filter will prolong use. Leakage could occur with a full pouch.

If you notice a burning or tingling sensation it may be a sign of irritation from leakage or possible infection. The pouch should be changed.

While sitting on the toilet you can empty the pouch either between your legs or on the side if you sit on one hip.

Pouch covers may make your pouch feel more comfortable. They can also help prevent clinging of the pouch to the skin. Pouches can be made of any design you wish.

Carry an extra pouch at all times. This will help if it becomes damaged or leaks.

If you cut your wafer, measure and pattern your stoma each time. This will prevent any leakage from your stoma that may have changed size since you last cut your pattern.

If you wish you may change your pouch either sitting or standing. Care must be given when removing the pouch and both hands should be used.

Warm water should be used when cleaning the area around the stoma.

The use of soap will only leave a residue that might dry the skin.

Do not leave your supplies in a hot place or in your automobile during the summer months. Do not wait until you are on the last of your supplies to reorder. Reorder as necessary.

## FOODS AND BLOCKAGE

Some foods can cause a food blockage of your small intestine. Some of these foods were never digested even before your ileostomy. These are foods that should be added one at a time to your diet and only after at least six to eight weeks after surgery. These foods are :

Celery Meat in casings

Chinese vegetables Mushrooms

Coconut Olives

Coleslaw Popcorn

Dried fruits Pineapple

Foods with seeds Wildrice

It is natural for ileosotomates to discharge frequently. It is for this reason, that if you do not notice a discharge for four to six hours after eating and you start to suffer from abdominal cramping, clear liquid stool, swelling of the stoma, and/or increased odor of stool you should:

    *Remove your pouch and replace it with a pouch with a larger size opening.

    *Do not drink any more fluids if you are having No output.

    *Get into a knee-chest position for a few minutes and try to relax your stomach muscles.

    *Take a warm to hot bath or shower.

    *Massage around the stoma.

If the blockage lasts more than three to four hours you should contact your ET nurse or physician.


# DIET AND FLUIDS

## DIET

For approximately forty-five days after surgery you may not be allowed to return to your presurgery diet. You will likely be on a diet that will reduce the amount of bulky and hard to digest foods in your bowels. This will be a diet low in fiber. This deviation from your normal diet will allow time for your surgery to heal and the reduction of postoperative swelling. Addition of one type of fiber food should be done at a time. In this manner, you will be able to identify any food that is giving you a problem. Your small intestine will take several months to adjust and recover from surgery.

As you are recovering from surgery your ET nurse will help educate you on proper diet and when you may resume your preoperative diet. There is no such thing as an ileostomy diet.

If you were not to eat, your intestine would still move. An empty bowel makes gas. Even if your plans do not call for it, eat regularly, several times a day. If, before surgery you were on a special diet i.e. for diabetes or heart disease, you will find that your eating habits have not changed due to your ileostomy.

    To assist your small intestine in absorption of the foods nutrients, you should chew your food thoroughly. Some foods will cause the drainage to have the appearance of blood. Such foods are tomatoes, tomato juice, and beets. Milk, beer, and iced beverages can cause a watery discharge.


## ODOR

You will find listed below foods that are most likely to cause an increase in the odor of your stool. Please remember that there are several items on the market that can help you with the odor. Some of these products are pouch deodorants, room deodorants, pouches with gas release valves, and drugs such as Devrom.

    FISH

    ONIONS

    ASPARAGUS

    EGGS

GARLIC

SOME SPICES

## GAS FORMING FOODS

Listed below are foods that may produce excessive gas. It is best if you try each one separately to see what effect they will have on you. Everyone reacts differently to the same foods. If any of these foods are your favorites, try eating a smaller quantity. You may also find, by chewing your food well and eating more slowly may decrease the gas produced.

ONIONS CUCUMBERS

CARBONATED DRINKS BEER

MUSHROOMS DRIED BEANS

STRING BEANS RADISHES

BROCCOLI CABBAGE

CORN SPINACH

PEAS BRUSSELS SPROUTS

# DIARRHEA

Listed below are the foods that cause diarrhea in some people. It is best that you try each one to see if they have any effect on you.

*BEER FOODS HIGHLY SEASONED

RAW FRUIT SPINACH

BROCCOLI GREEN BEANS

*Please note: Other alcoholic beverages are not common offenders.

Agents in your environment, other than your diet, can contribute to a diarrhea problem. There are other common illnesses that can bring on diarrhea. However, regardless of the cause, diarrhea can lead to severe dehydration and should always be taken seriously. You should contact your physician if the diarrhea persists and you cannot control it.

1. Return to a low residue diet

2. Try eating: strained bananas, tapioca or peanut butter (without nuts).

3. Increase your fluid intake. (not just water but sporting thirst quenchers etc.).

4. You can still take Pepto Bismol , Kaopectate or Donagel-PG if you were able to take them before your surgery.

5. You may take liquid Lomotil if prescribed by a physician.

In some instances it may be difficult to determine if you are having diarrhea or a normal discharge. If you are emptying your pouch more than usual, your stool is more watery than usual, and your output is greater than two pints within a twenty-four hour period you are properly suffering from diarrhea. You should take all of the above suggestions as a remedy. As stated, if the diarrhea persists you should contact your ET nurse or physician.

# FLUIDS

Because of the removal of your small intestine your body will not reabsorb all of the liquids that you take in. If you are vomiting, have diarrhea, or sweating, dehydration can have a more pronounced effect. You should drink between 8 to 16 ounces of fluids per pouch that you empty.

Along with dehydration goes mineral loss, low potassium and low salt. Treatment for these ailments can be distinguished by the symptoms that are manifested. Treatment can also be simple, if handled quickly.

**SYMPTOMS OF LOW SALT TREATMENTS**

Abdominal cramps *Glass of water with

Loss of appetite ½ tsp salt added

Drowsiness *Gatorade

Faint *Boullion

    Cold arms and legs

**SYMPTOMS OF DEHYDRATION TREATMENTS**

Thirst *Any fluid

Decreased urination *Gatorade

Dry skin *Water

      Shortness of breath

      Tiredness

      Abdominal cramping

SYMPTOMS OF LOW POTASSIUM TREATMENTS

Muscle weakness *Orange juice

Fatigue *Tea

Shortness of breath *Bananas

Bloated feeling *Gatorade

# MEDICATIONS AND YOUR ILEOSTOMY

Because of your ileostomy, you should tell your pharmacist or any physician you see, that you have an ileostomy. This even includes your dentist. Some medications might produce an effect on the urine by color or smell. Any change should be reported to your ET nurse or physician. Long action, time released or coated pills will not be absorbed and therefore will not work. Hard pills should be crushed and if available liquid medication should be taken over pill form. You should discuss any medication with your physician or ET nurse before using.

If your large bowel and rectum has been removed it is a good idea to carry a Medic Alert card in your wallet stating that you have a ileostomy and that you:

> 1. Can take NO rectal enemas
>
> 2. Can take NO rectal temperatures
>
> 3. Can take NO rectal suppositories

## INTIMATE RELATIONS

At first, it is hard to think an intimate relationship will be possible since your body has been changed by a ileostomy. The most important thing to remember is to talk to your partner about your fears, your concerns and your needs. Let your partner know that sexual activity will not harm your stoma. Your normal pattern of sexual relations should not have to change because of your surgery. Males may undergo some change in sexual func-tion with the removal of the colon due to cancer. Discussion with your physician will assist you in order to maintain a satisfying sexual relationship. Of course you will need time for your perineal wound to heal and time for you to adjust to this change in your body, but you can and will enjoy a healthy sex life again.

If you are a woman of childbearing age, you will need to plan for birth control. Your physician should approve of pregnancy after sufficient healing has taken place.

There are a few simple tips concerning relations with your sexual partner:

> 1. Empty your pouch prior to relations or wear smaller pouches.
>
> 2. Be sure that you have a good seal.
>
> 3. Men may wish to wear a cummerbund and women may wear crotchless underwear or teddies with a snap crotch
>
> 4. Tape the spout to the upper section of your pouch.
>
> 5. You may wish to wear a pouch cover.

Your ET nurse, physician, and the United Ostomy Association (1-800-826-0826) all have further information concerning sex. Please remember most patients have the same fears and concerns you may have and you should never be afraid to ask questions of your physician or ET nurse.

## DAILY ACTIVITIES

Life after an ileostomy will return to normal. You can wear regular clothes with a few minor exceptions. You should not wear any garment that is so tight that it rubs against the stoma and causes bleeding. If you wear a belt it can be worn right on the belt line. You can wear pantyhose or girdles as long as the girdle does not have stays that press directly over the stoma.

You can bathe and shower with your ileostomy. You can even bathe or shower without your pouch, if you choose a time when your stoma is inac-tive. Water will not harm your stoma. Your ET nurse will show you how to "window-face" the pouch edges when you bathe. Bathing

will not make the pouch come off. Wait several hours prior to bathing to let the pouch seal. If you use a waterproof tape all you have to do is dry it and dress yourself. If you are using a micropore tape you can dry it with a hair dryer. The hair-dryer must be 850 watts or less and set at the coolest setting. The above applies also for swimming.

Daily exercise is very important and your ileostomy should not keep you from having fun and participating in the same activities that you did before your ileostomy. The only limits your ileostomy will cause you are in the area of contact sports, such as karate, football, and wrestling. Weight lifting should also be avoided. During these sports you can inflict trauma upon your stoma. It is best to talk with your physician if you wish to continue any activity in those sports. If you wish, an athletic supportive garment may be worn.

## TRAVEL

There is no reason that your ostomy should restrict your future travel plans. All travel plans should be discussed with your physician or ET nurse first.

Any concerns with food and water in foreign countries should be addressed the same as a non-ostomate. Any water that was good enough before your surgery will be good enough after your surgery. Anti-diarrhea medication can be recommended by your doctor. Remember in many foreign countries there are International Ostomy Association chapters and ET nurses. You share a common bond with these people. They may help in pointing out favorite local spots not known to tourists.

The motto amongst ostomates that travel is "Be Prepared". Bring more supplies than you think you will use. Do not check in your supplies on a plane, train, bus or boat. Carry them on board with you in a carry on bag. Bring extra plastic bags to dispose of your used products. Wear your seat belt below or above or stoma. All supplies should be kept in a cool dry place. Have Fun!

## FINANCIAL AID

Medicare, Medicaid and many private insurance companies do cover ostomy supplies. Check with your local ostomy dealer to see if they take Medicare Assignment, which means that the company will provide you with your ostomy products and will bill Medicare for you. Most importantly, Medicare Assignment acceptance further means that the company will accept what Medicare pays and will only bill you for your deductibles and co-insurance payment.

All companies are required to bill Medicare on your behalf. Unless they accept assignment, you could be held responsible for any unpaid portions of the billing beyond the deductible and co-insurance.

Check with your local ET nurse, United Ostomy Association (1-800-826-0826) or Cancer Society for a dealer who accepts Medicare Assignment.

## FOLLOW-UP CARE

After discharge it will be important to maintain contact with your ET nurse and keep all appointments. He/she will help you through this transition period and assist you with all your questions.

When you visit your ET nurse or physician it is always a good idea to bring your supplies with you. A good fit of all supplies is most beneficial in return-ing to your usual lifestyle, and both individuals can assist you in this area. You will possibly need assistance in the area of your stoma changing in size the first year after your surgery or in tailoring your irrigation habits to your specific needs. Try to schedule your pouch change to coincide with your next ET visit, as he/she may want to change it for you.

When is it necessary to call your physician or ET? When any of the following occur it would be good practice to consult with medical professionals:

a. If your stoma becomes and remains irritated.

b. If your stoma changes color from the usual pink or red color to purple to black.

c. If diarrhea or vomiting persists beyond 24-48 hours.

d. If excessive bleeding from within your stoma occurs.

Above all, if you have any questions, never be afraid to ask.

# GLOSSARY

ADHESIVE: Substance used to attach an ostomy pouch to the body.

ADHESIVE REMOVER: Liquid or wipe used to dissolve adhesive so the pouches can be removed from the body easily.

ANUS: The termination of the rectum.

APPLIANCE: Collecting device for the waste eliminated from your colosto-my, ileostomy, or urostomy. Usually consists of a face plate and a pouch. Other terms for face plate are disc, body holder, mounting ring, or flange.

BENIGN: Not cancerous, not malignant, having a favorable prognosis.

CARCINOMA: Cancer, or malignant growth.

COLON: The section of the large intestine from the cecum to the rectum.

COLORECTAL CANCER: Common cancer in people over 45. Most common reason for a permanent colostomy.

COLOSTOMY: A surgical opening of the colon (large intestine) brought to the abdominal surface.

COLOSTOMY (PERMANENT): Usually involves the loss of part of the colon and in most cases, the rectum. Here, the end portion of the remaining colon is brought through the abdominal wall to form a stoma. This is also known as an end colostomy.

COLOSTOMY (SIGMOID): Surgically created opening in the upper end of the sigmoid colon, resulting in a stoma on the lower left side of the abdomen. Evacuation may be controlled by irrigation. This may be permanent or temporary.

COLOSTOMY (TEMPORARY): Usually performed to allow the lower part of the colon and/or rectum to heal or rest. There are two openings; usually the one on the right discharges waste, the other only mucous.`

COLOSTOMY (TRANSVERSE): Surgically created opening in the trans-verse colon resulting in a stoma (or stomas) located on the upper abdomen, middle or right side. Occasionally, the transverse colostomy is an end colos-tomy with one opening, with all or most of the colon beyond it removed.

CONE: Part of irrigation set for sigmoid colostomy. Plastic cone-shaped piece at end of tubing, fits snugly against a stoma to keep solution in the colostomy.

DEFECATION: To excrete waste matter from the bowels.

DEHYDRATION: loss of water from the body tissues due to diarrhea, vomit-ing and/or excessive swelling.

DEVROM: A trade name for bismuth subgallate. This drug is a chewable tablet which may be used for odor control.

DIVERTICULITIS: Inflammation of the diverticula (little sacs on the colon); can cause abscess, scarring with stricture or perforation of the colon with peritonitis in severe cases. Some cases are difficult to tell from cancer on colon x-rays.

DIVERTICULOSIS: Presence of diverticula (little sacs on the colon); very common, one, two or more are found in more than

half of the people who are over 50.

ECTOMY: Excision (cutting out) of an organ or part. For example; appen-dectomy, removal of the appendix; tonsillectomy, removal of the tonsils; colectomy, removal of the colon.

ELECTROLYTES: products in body cells and solution that, when in balance maintain certain bodily processes. Included as electrolytes are sodium (Na), potassium (K), Magnesium (Mg), Calcium (Ca), Chlorides (Cl), Bicarbonate (HCO3), and others.

ENTEROSTOMAL THERAPY NURSE: Also commonly known as an ET nurse. A person who takes care of and teaches ostomy patients. A special training course for registered nurses is required for certification.

ENZYMES: Substance formed in animal and plant cells that starts or speeds up specific chemical reactions.

FACEPLATE: Molded rubber or plastic component of a two-piece reusable pouch system. The face plate fits around the stoma next to the skin.

FAMILIAL POLYPOSIS (MULTIPLE POLYPS): Rare disease; runs in families. The colon and rectum contain innumerable polyps. This is a dif-ferent condition from merely the presence of a small number of polyps in the colon. Familial polyposis requires regular medical supervision of all mem-bers of the family because of serious complications and tendency to malignancy.

FECES: Excrement, stool or bowel movement.

FISTULA: An abnormal passage between two internal organs or from an internal organ to the surface of the body.

FOOD BLOCKAGE: A large mass of food or fecal contents lodged at a kink or narrowing in the bowel.

GASTROINTESTINAL TRACT: Includes mouth, esophagus, stomach, small bowel, large bowel, rectum, and anus. The purpose of the gastrointestinal tract is digestion and absorption of food substances.

GRANULATION: Grainy growth of new tissue which may appear on raw skin around the stoma.

HERNIA (ABDOMINAL): The protrusion of an internal organ through the abdominal musculature; can occur around stomas.

ILEAL CONDUIT: The new canal, made of intestines, that your urine will pass through.

ILEOSTOMY: Surgically created opening of the small bowel through the abdominal wall, forming a stoma.

ILEUM: The portion of the small intestine extending from the jejunum to the beginning of the large intestine.

IRRIGATION: An enema through the stoma, taken by some colostomates at regular intervals to regulate the passage of stool.

INTRAVENOUS: Through a vein.

KNEE-CHEST POSITION: (1) Lie on back and pull knees up to chest, thereby relaxing abdominal muscles; (2) assume a huddled position on all fours (hands and knees); (3) lean forward while in a sitting position until chest rests on knees.

LOW RESIDUE DIET: refers to a dietary regime which eliminates bulk-forming foods, hard to digest foods, high fiber foods.

MALIGNANCY: The condition of being dangerous; a cancerous growth.

MOTILITY: Motion, in digestion it refers to movement of food through the alimentary system.

MUCUS: Fluid secreted from glands or cells. It lubricates membranes, including the digestive tract.

OBSTRUCTION: Any blockage in the digestive tract. Symptoms include no ostomy output over several hours, or spurts of watery stool, combined with abdominal cramping and nausea.

OSTOMATE: One name for a person who has a colostomy, ileostomy, or urostomy.

OSTOMY: Surgically created opening in the body. Refers to ileostomies, colostomies, and urostomies. Also referred to as stoma.

PERISTALIS: Progressive waves of motion which occur without voluntary control to push waste material through the intestine.

POLYP: Small projection inside of bowel, often mushroom shaped; may be flat. It is usually benign, but can be malignant.

PROLAPSE: A "falling out" in which the stoma becomes longer.

RECTUM: Lowest portion of the large intestine.

RESECTION: Surgical removal or excision.

RETRACTION: The act of drawing back. In reference to ostomy, the stoma draws back into the body.

REVISION: Construction of a new stoma when the original one does not function well.

SKIN BARRIER: Any one of several substances used to cover the skin around the ostomy to protect them from feces.

STENOSIS: Narrowing or tightness of the stoma which may cause obstruc-tion.

STOMA (OPENING): The end of the ureter, ileum, or colon which may be seen coming through the skin. It often protruded like a nipple and is ¾" to 1 ¾" in diameter. It is usually bright red in color. There are no nerve endings in the stoma; therefore it is not a source of pain or discomfort.

STRICTURE: An abnormal narrowing of a body passage.

TERMINAL ILEUM: The end segment of the small bowel.

ULCER: An inflamed lesion on the skin.

URETERS: Tubes that came from the kidneys and are now sewn into the conduit or canal.

UROSTOMY: Procedure for creating an opening for urine to exit the body.


DEFENDANT'S
EXHIBIT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### PROBATION OFFICE

**MARIA RODRIGUES McBRIDE**
CHIEF PROBATION OFFICER
**U.S. DISTRICT COURT**
**PROBATION DEPARTMENT**
**CONNECTICUT FINANCIAL CENTER**
157 CHURCH STREET, 22ND FLOOR
NEW HAVEN, 06510
203-773-2100

December 6, 2004
New Haven

U.S. COURTHOUSE
ROOM 735
450 MAIN STREET
HARTFORD, 06103
860-240-3661

U.S. COURTHOUSE
ROOM 211
915 LAFAYETTE BLVD.
BRIDGEPORT, 06604
203-579-5707

Ed Funaro
42 Beaver Dam Road
Killingworth, C T 06419

Re: U.S. vs. Edward Funaro

Dear Mr. Funaro:

Due to your compliance over the last months your reporting requirements have been modified, as follows: After your September 13, 2004, in person report, you will not be required to report in person until December 6, 2004. You will, however, be required to Mail in your PTS Supervision Report prior to the 10th of the month for October and November. The in person reporting will continue to be at our New Haven Office, located at 157 Church Street, 22nd floor, New Haven, Connecticut. You will also be required to call in once a month, again, prior to the 10th of each month.

Failure to comply with these new reporting instruction will result in weekly call-ins and monthly in person reporting. Not many individuals have been selected to participate in this new reporting program. I urge you to take advantage of this opportunity and remain in compliance with your conditions of release.

As always, if something occurs that you believe I should be aware of call me immediately. If you have any questions, feel free to call.

Sincerely,

Wilfredo Duran
U.S. Probation Officer