

U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

**VIA FAX**

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

August 1, 2005

Jonathan Biran, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office for the
    District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT 06510

Re:   United States v. Edmund Funaro

Dear Mr. Biran:

   Thank you for your recent inquiry concerning the Federal Bureau of Prisons (BOP) ability to provide adequate health care for federal prisoners with significant, acute or chronic medical conditions. Specifically, you have asked whether, based on the available information, the BOP can provide the necessary and appropriate care for Mr. Funaro should he be incarcerated in a federal correctional facility.

   I am only aware of Mr. Funaro's medical condition as described by the document you provided this office, namely, portions of a defense counsel motion, letters from Dr. Frank J. Troncale (dated January 15, 2004) and Dr. Serle M. Epstein (dated December 17, 2003), a laboratory report, and a medical assessment. Based on my review of the above information, it appears that Mr. Funaro suffers from ulcerative colitis, for which he uses a colostomy bag, ankylosing spondylitis, sacroiliitis, hyperlipidemia, peristomal hernia and impaired fasting glucose.

   If committed to the custody of the BOP, Mr. Funaro may be reviewed for designation by the Bureau of Prisons Office of Medical Designations. At that time, a determination would be made as to the appropriate facility, either a medical referral center or a general population institution, in which to designate him.

If committed to the BOP, upon Mr. Funaro's arrival, health services staff would meet with him, perform a physical examination, and set up a treatment plan to meet his medical needs. Mr. Funaro would have the opportunity to see health care providers on a regular basis, either by attending sick call, which is offered daily, or through monitoring in one of the BOP's chronic care clinics. All BOP institutions are accredited by the Joint Commission on Accreditation for Health Care Organizations, which sets the medical, surgical, and psychiatric standards for hospitals nationwide. Additionally, each BOP institution contracts with medical centers in the local vicinity to provide specialized medical treatment. These medical centers offer BOP inmates access to MRI, CT Scans, and other diagnostic tools. When medical emergencies and the need for surgical procedures arise, these major medical centers offer the Bureau a wide range of trained surgical specialists. Each institution has procedures in place to contact local emergency transportation teams for the timely transportation to one of the local medical centers.

Another component of BOP health care is the availability of healthy, nutritious meals. Each BOP institution provides an inmate the opportunity for nutritionally balanced dining. Further, the BOP offers numerous food items from which an inmate can self-select to meet his dietary needs.

The BOP successfully houses and manages inmates who use a colostomy bag, and provides these inmates with a reliable supply of stoma care paraphernalia. Further, if necessary, these inmates are provided with a separate cell, due to their unique privacy issues.

Based on the information provided to me and my knowledge of BOP's medical resources, the BOP will be able to provide appropriate care for Mr. Funaro. If need any other information, please do not hesitate to contact me.

Sincerely,

*Barbara J. Cadogan*
Barbara J. Cadogan
Health Systems Administrator