UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:01CR17 (CFD) |
| | : | |
| v. | : | |
| | : | |
| EDMUND FUNARO, JR. | : | August 12, 2005 |

**MOTION FOR EXTENSION OF TIME
TO FILE A SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through the undersigned Assistant U.S. Attorney, respectfully requests an extension of time until August 15, 2005, to file the Government's supplemental sentencing memorandum in the above-captioned matter. This is the Government's first request for an extension. In support of this motion, the Government states the following:

1. On August 4, 2005, a sentencing hearing was held during which various issues relating to sentencing were addressed. The defendant is currently scheduled to be sentenced on Friday, August 26, 2005.

2. The undersigned counsel is currently on trial in United States v. Angel Hernandez, et al., Docket No: 3:02-cr-341 before the Honorable Ellen Bree Burns. As a consequence, additional time is necessary to prepare the supplemental sentencing memorandum in this matter.

3. Defense counsel has no objection to the requested continuance.

**ORAL ARGUMENT NOT REQUESTED**

Accordingly, the Government respectfully requests that the Court grant an extension of time for the filing of a supplemental sentencing memorandum until August 15, 2005.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

By:    JAMES G. GENCO
        Assistant United States Attorney
        Federal Bar No. ct00360

For:   JONATHAN BIRAN
        Assistant United States Attorney
        Federal Bar No. ct21922
        United States Attorney's Office
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        (203) 821-3700
        Email: jonathan.biran@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on August 12, 2005, a copy of the foregoing was served on the following persons:

Alan J. Sobol, Esq. (by fax and U.S. mail)  
O'Connell, Flaherty & Attmore, L.L.C.  
280 Trumbull Street  
Hartford, CT 06103-3598  

Jacqueline Carroll (by hand delivery)  
U.S. Probation Officer  
U.S. Probation Office  
157 Church Street  
New Haven, CT 06510  

By:    JAMES G. GENCO
        ASSISTANT U.S. ATTORNEY

For:   JONATHAN BIRAN
        ASSISTANT U.S. ATTORNEY