UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:01CR-17(CFD) |
| | : |
| EDMUND FUNARO, JR. | : September 15, 2005 |

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut respectfully moves for the dismissal of counts one through six of the indictment dated January 16, 2001, and counts one, two, three and five of the superseding indictment dated April 4, 2001, against EDWARD FUNARO, JR..

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        /s/_____
        JONATHAN BIRAN
        ASSISTANT UNITED STATES ATTORNEY
        U.S. Attorney's Office
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        TEL. (203) 821-3700
        Federal Bar No. ct21922

Upon consideration of the Government's Motion to Dismiss the Indictment and Superseding Indictment in United States v. Edward Funaro, Jr., Crim. No. 3:01CR17(CFD), that motion is hereby GRANTED.

        _____
        HON. CHRISTOPHER F. DRONEY
        UNITED STATES DISTRICT JUDGE

        Dated: September_____ , 2005
                Hartford,  Connecticut

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing was forwarded to:

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore, L.L.C.
280 Trumbull Street
Hartford, CT 06103-3598

    on this the 15th day of September 2005, via United States mail postage prepaid.

    /s/
    JONATHAN BIRAN
    ASSISTANT UNITED STATES ATTORNEY