UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 3:01CR-17(CFD) |
| | : |
| EDMUND FUNARO, JR. | : September 15, 2005 |

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Connecticut respectfully moves for the dismissal of counts one through six of the indictment dated January 16, 2001, and counts one, two, three and five of the superseding indictment dated April 4, 2001, against EDWARD FUNARO, JR..

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JONATHAN BIRAN
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
TEL. (203) 821-3700
Federal Bar No. ct21922

Upon consideration of the Government's Motion to Dismiss the Indictment and Superseding Indictment in United States v. Edward Funaro, Jr., Crim. No. 3:01CR17(CFD), that motion is hereby GRANTED.

HON. CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE
Dated: October 5, 2005
Hartford, Connecticut