## NOTICE OF APPEAL
### United States District Court
### District of Connecticut

**UNITED STATES OF AMERICA**

**v.**                                      Docket No. **3:01CR17(CFD)**

**EDMUND FUNARO, JR.**              Hon. Christopher F. Droney

                                         (District Court Judge)

Notice is hereby given that **the UNITED STATES OF AMERICA** appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [          ] _____

                                         (Specify)

entered in this action on **SEPTEMBER 6, 2005**

                    (Date)

Offense occurred after November 1, 1987.     Yes ✔___     No _____

This appeal concerns: Conviction only _____     Sentence only __✔__     No ____

Date October 6, 2005                         **JONATHAN BIRAN**

                                         (Counsel for Appellant)

TO

                                         Address   UNITED STATES ATTORNEY'S OFFICE
                                         157 CHURCH ST., 23RD FLOOR
                                         NEW HAVEN, CT 06510

_____ADD ADDITIONAL PAGE (IF NECESSARY)     Telephone 203-821-3700

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤ QUESTIONNAIRE | ➤TRANSCRIPT ORDER - Form B ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[___] I am ordering a transcript
[✔] I am not ordering a transcript
   Reason
   [___] Daily copy is available
   [___] U. S. Attorney has placed order
   [___] Other: Attached explanation

Prepare transcript of                         Dates
   [___] Prepare proceedings _____
   [___] Trial _____
   [___] Sentencing _____
   [___] Post-trial proceedings _____

The attorney certified that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP10(b)).

Method of payment [_____]  Funds [_____]     CJA Form 24 [_____]

| ATTORNEY'S SIGNATURE | DATE |
|---|---|
| BRIAN P. LEAMING FOR JONATHAN BIRAN | October 6, 2005 |

| ➤COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals |
|---|---|

| Date order received | Estimated complete date | Estimated number of pages |
|---|---|---|
| | Date | Signature _____ |
| | | ( Court Reporter) |

### DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U. S. District Court
2. Copy to U. S. Attorney's Office
3. Copy to Defendant's Attorney
4. U. S. Court of Appeals
5. Court Reporter (District Court)