UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:01CR00017 (CFD) |
| | : | |
| v. | : | October 25, 2005 |
| | : | |
| EDMUND FUNARO, JR. | : | |

**GOVERNMENT'S MOTION TO DISMISS APPEAL**

Pursuant to Fed. R. App. P. 42(a), the United States hereby moves to dismiss its appeal of defendant Edmund Funaro, Jr.'s sentence. In support of this motion, the undersigned states as follows:

1. On October 6, 2005, the United States filed a protective notice of appeal of the defendant's sentence.

2. As of the time of the filing of this motion, the Government's appeal has not been docketed by the Circuit Clerk. Thus, this Court may dismiss the appeal under Fed. R. App. P. 42(a) on the filing of a stipulation signed by all parties or on the appellant's motion with notice to all parties.

3. The Government has orally notified counsel for defendant Funaro of its intent to file this motion. Counsel for Mr. Funaro has stated that Mr. Funaro does not object to the dismissal of the Government's appeal.

**ORAL ARGUMENT NOT REQUESTED.**

WHEREFORE, the Government requests that the Court dismiss its appeal of defendant Funaro's sentence.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

By:    ANASTASIA ENOS KING
       ASSISTANT U.S. ATTORNEY
       Federal Bar No. ct 24192

For:   JONATHAN BIRAN
       ASSISTANT U.S. ATTORNEY
       Federal Bar No. ct21922
       United States Attorney's Office
       157 Church Street, 23rd Floor
       New Haven, CT 06510
       (202) 821-3700

CERTIFICATE OF SERVICE

    This is to certify that on October 25, 2005, a copy of the foregoing was sent by first-class U.S. mail, postage prepaid, to the following counsel of record:

Alan J. Sobol, Esq.
O'Connell, Flaherty & Attmore, L.L.C.
280 Trumbull Street
Hartford, CT 06103-3598

By: _____
      ANASTASIA ENOS KING
      ASSISTANT U.S. ATTORNEY

For:   JONATHAN BIRAN
       ASSISTANT U.S. ATTORNEY