UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NUMBER: 3:01CR00017 (CFD) |
| v. : | October 25, 2005 |
| EDMUND FUNARO, JR. : | |

### GOVERNMENT'S MOTION TO DISMISS APPEAL

Pursuant to Fed. R. App. P. 42(a), the United States hereby moves to dismiss its appeal of defendant Edmund Funaro, Jr.'s sentence. In support of this motion, the undersigned states as follows:

1. On October 6, 2005, the United States filed a protective notice of appeal of the defendant's sentence.

2. As of the time of the filing of this motion, the Government's appeal has not been docketed by the Circuit Clerk. Thus, this Court may dismiss the appeal under Fed. R. App. P. 42(a) on the filing of a stipulation signed by all parties or on the appellant's motion with notice to all parties.

3. The Government has orally notified counsel for defendant Funaro of its intent to file this motion. Counsel for Mr. Funaro has stated that Mr. Funaro does not object to the dismissal of the Government's appeal.

**ORAL ARGUMENT NOT REQUESTED.**

Granted. So ordered. (Pl. 1)